

Exhibit 2

Windows Live Hotmail — MOHAMED ABOUELHASSAN
egyptusa76@msn.com
Sign out

- Inbox
- Junk
- Drafts
- Sent
- Deleted
- Folders

Manage folders

Today

Mail

Contacts

Calendar

Newsletters

Learn to sell on eBay

New | Reply | Reply all | Forward | Delete | Junk | Options

Move to

### RE: Ad_sec181 for editing

From: **Vezilich, Mary G. (Contractor)** (mary.vezilich@us.army.mil)
Sent: Fri 8/03/07 4:31 PM
To: Abouelhassan, Mohamed (mohamed.abouelhassan@us.army.mil); 'MOHAMED ABOUELHASSAN' (egyptusa76@msn.com)
Cc: Allison, Elena N. (Elena.Allison@us.army.mil); Brendel, Gerd (gerd.brendel@us.army.mil)

Thanks, Mohamed.
I had 3 LOs from you to edit. Please let me know if this is correct:

ad_pol082, ad_cul186, ad_sec181

Thanks.
Mary

-----Original Message-----
From: Abouelhassan, Mohamed
Sent: Friday, August 03, 2007 11:53 AM
To: Vezilich, Mary G. (Contractor); 'MOHAMED ABOUELHASSAN'
Cc: Allison, Elena N.; Brendel, Gerd
Subject: Ad_sec181

Thank you Mary, I know it was just a server problem, we are all suffering from it.

I have dropped a new LO, ad_sec181 in your Inbox folder in the WTE shared folder in Monte Vista. For your editing. Please let me know when I should receive it. Thank you again

My Best Regards,
Mohamed Abouelhassan
-----Original Message-----
From: Vezilich, Mary G. (Contractor)
Sent: Friday, August 03, 2007 10:30 AM
To: MOHAMED ABOUELHASSAN; Abouelhassan, Mohamed
Cc: Allison, Elena N.; Brendel, Gerd
Subject: FW: Ad_ecn180 --re-posted to USB drive

I have copied your LO to the USB drive because the original posting to the server did not work.

You should now have the edited version. Please let me know if you have any problems.

Mary
-----Original Message-----
From: Vezilich, Mary G. (Contractor)
Sent: Thursday, August 02, 2007 12:00 PM
To: MOHAMED ABOUELHASSAN; Vezilich, Mary G. (Contractor); Allison, Elena N.
Subject: RE: Ad_ecn180 is edited and posted

**Exhibit 3**



Windows Live Hotmail

**MOHAMED ABOUELHASSAN**
egyptusa76@msn.com
Sign out



- Inbox
- Junk
- Drafts
- Sent
- Deleted
- Folders

Manage folders

Today

Mail

Contacts

Calendar

Newsletters

Learn to sell on eBay

- New   Reply   Reply all   Forward   X Delete   Junk

Move to

Options

### RE: Reviews of Mohamed's LOs

From: **Allison, Elena N.** (Elena.Allison@us.army.mil)
  This message may be dangerous. Learn more
Sent: Mon 7/30/07 3:33 PM
To: MOHAMED ABOUELHASSAN (egyptusa76@msn.com); tabinelanguages@cox.net
Cc: Brendel, Gerd (gerd.brendel@us.army.mil)

Mohamed: I am afraid it is too complicated. Just make a list of numbers that are wrong, for Kamal and me.
As for the audio files that do not play - we have reviews for that.
Thanks.


Elena Levintova Allison
(831) 643-0234


-----Original Message-----
From: MOHAMED ABOUELHASSAN [mailto:egyptusa76@msn.com]
Sent: Monday, July 30, 2007 2:36 PM
To: tabinelanguages@cox.net; Elena Levintova; gerd.brendel@monterey.army.mil
Cc: elena.allison@monterey.army.mil; egyptusa76@msn.com; alslanguage@gmail.com
Subject: Reviews of Mohamed's LOs

Kamal,

In your reviews, there are some mistakes in the LO numbers, I even have a review that doesn't belong to my LOs at all, I have 2 reviews for LO ad_mil186, I don't have any ad_mil186, but I have ad_cul186. Also please try to make sure that the audio files and the POP up windows are there in the LOG and the preview, for example in your review for ad_soc185, for Activity 9 Elena and you mentioned that English instruction is missing, but if you opened the LOG for this LO, you will see that the English instruction is there, if you still have that LO please do so to check it out and make sure, because I think there is an issue with the LOG.

The same thing with all the audio files, in almost all the LOs you mentioned that audio files are missing, but I opened the LOs in front of Gerd and Elena and all the audio files are there and working fine.

Another issue was setdirect for the Arabic language, there was a problem with the LOG about that mattter, Sue fixed that problem and gave me a new version of the LOG that doesn't have that issue for Arabic setdirect, I am not sure if you got that version, if you didnot please let me know and I will put it in the VPN for you.

Thank you for the reviews and probably there will be more coming next week. Have a good week.


MY BEST REGARDS

Exhibit 1



**DEFENSE LANGUAGE INSTITUTE**
**FOREIGN LANGUAGE CENTER**
Curriculum Development Division
251 Soledad Dr.
PRESIDIO OF MONTEREY
Monterey, CA 93940-3334

REPLY TO
ATTENTION OF

ATFL-LC                                                                                       DATE 05/14/2007

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Alternate Workplace (Flexiplace) for Mohamed Abouelhassan

1. Effective DATE 05/14/2007, Mohamed Abouelhassan will be placed on an alternate workplace schedule. Please see Enclosure (1).

2. Mohamed Abouelhassan will work eight hours a day from 0745-1645 hours at his home in 3881 Old Oak Dr., Ceres, CA, 95307, Phone: 510-501-1800.

STEVEN KOPPANY
Dean, Curriculum Development

Encl (1): Alternate Workplace (Flexiplace) Agreement

DISTRIBUTION:

PECP-WER-G
Employee
Supervisor
Director
Steve Koppany
Kiril Boyadjieff
Sarah Elgendy

# ALTERNATE WORKPLACE (FLEXIPLACE) AGREEMENT
## DATE 05/14/2007

**EMPLOYER:** Defense Language Institute Foreign Language Center and Presidio of Monterey (DLIFLC & POM), Curriculum Development Division, Presidio of Monterey, CA 93944-3334.

**EMPLOYEE:** Mr. Mohamed Abouelhassan, Presidio of Monterey, CA 93944-3334.

**VOLUNTARY PARTICIPATION:** The employee voluntarily agrees to work on the agreed-upon alternate workplace arrangement discussed below and to follow all applicable policies and procedures. The employee recognizes that the flexiplace arrangement is not an employee benefit, but a method to accomplish work.

**PERIOD OF TIME REQUIRED:** The employee and DLIFLC & POM and Curriculum Development (CD) Division agree to this arrangement effective 05/14/2007.

**WORK SCHEDULE AND TOUR OF DUTY:** The employee will work eight hours a day from 0745 to 1645 every day. No other business will be conducted during those hours.

**SALARY AND BENEFITS:** DLIFLC & POM and CD agree that a flexiplace arrangement is not a basis for changing the employee's salary or benefits.

**DUTY STATION AND ALTERNATE WORKPLACE:** DLIFLC & POM and CD agree that the employee's official duty station is in 251 Soledad Drive, Monterey and the employee's approved alternate workplace is at his home, located at XXXXX, telephone: 510-501-1800. *In accordance with potentially changing mission requirements, CD management may revise or adjust this schedule at any time with an advance notice of not less than five (5) calendar days or more to the employee.*

*NOTE: All pay, leave, and travel entitlements are based on the official duty station.*

**OFFICIAL DUTIES:** Unless otherwise instructed, the employee agrees to perform official duties only at the regular office or alternate workplace. The employee agrees not to conduct personal business while in official duty status at the alternate workplace, for example, caring for dependents or making home repairs.

**TIME AND ATTENDANCE:** DLIFLC & POM and CD agree to ensure the supervisor, Elena Allison, maintains a copy of Mohamed Abouelhassan's daily/weekly work schedule, and also agrees to certify weekly, the time and attendance for hours worked at the regular office and the alternate workplace.

**LEAVE:** Mohamed Abouelhassan agrees to follow established office procedures for requesting and obtaining approval of leave and routing leave slips and timecards via the chain of command. Leave slips/timecards shall be processed by the CD Timekeeper (Sarah Elgendy).

**OVERTIME:** The employee agrees to work overtime only when ordered and approved by the supervisor in advance and understands that working overtime without such approval may result in termination of the flexiplace privilege and/or other appropriate action.

**EQUIPMENT USAGE:** IF assigned home-usage equipment, the employee will agree to annotate on appropriate sub-hand receipts and documentation which pieces might be used (for official business only) at his alternate worksite. The employee assumes full liability for that equipment. Should an inventory inspection or need arise, the employee will be required to bring any and all equipment signed for (for alternate worksite use), back to his official duty station for accountability.

Encl (1)

**LIABILITY:** The employee understands that the Government will not be liable for damages to an employee's personal or real property while the employee is working at the approved alternate workplace.

**WORK AREA:** The employee agrees to provide a work area adequate for performance of official duties.

**WORKSITE INSPECTION:** The employee agrees to permit the Government to inspect the alternate workplace during the employee's normal working hours to ensure conformance with safety standards.

**ALTERNATE WORKPLACE COSTS:** The employee understands that the Government will not be responsible for any operating costs that are associated with the employee using his home as an alternate worksite, for example, home maintenance, insurance, utilities, or internet services. The employee understands CD does not relinquish any entitlement to reimbursement for authorized expenses incurred while conducting business for the Government, as provided for by statute and regulations.

**INJURY COMPENSATION:** CD understands Mohamed Abouelhassan is covered under the Federal Employee's Compensation Act if injured in the course of actually performing official duties at the regular office or the alternate duty station. The employee agrees to notify the supervisor immediately of any accident or injury that occurs at the alternate workplace and to complete any required forms. The supervisor agrees to investigate such a report immediately.

**WORK ASSIGNMENT/PERFORMANCE:** The employee agrees to complete all assigned work according to procedures mutually agreed upon by the employee and the supervisor and according to guidelines and standards in the employee's performance plan. The employee understands that a decline in performance may be grounds for canceling the alternate workplace arrangement. The employee agrees to complete a weekly log of work performance. Any deviation will need to be approved first by the supervisor.

**DISCLOSURE:** Employee agrees to protect Government records from unauthorized disclosure or damage and will comply with requirements of the Privacy Act of 1974, 5. U.S.C. 552a.

**STANDARDS OF CONDUCT:** CD agrees that Mohamed Abouelhassan is bound by DLIFLC & POM standards of conduct while working at the alternate worksite.

**OTHER ACTION:** Nothing in this agreement precludes DLIFLC & POM and/or CD from taking any appropriate disciplinary or adverse action against an employee who fails to comply with the provisions of this agreement.

Employee's Signature and Date: *Mohamed Abouelhassan 5/8/07*

Supervisor's Signature and Date: *Allison 5/9/07*

Encl (1)

*Exhibit 1*



# DEFENSE LANGUAGE INSTITUTE
# FOREIGN LANGUAGE CENTER
Curriculum Development Division
251 Soledad Dr.
PRESIDIO OF MONTEREY
Monterey, CA 93940-3334

REPLY TO
ATTENTION OF

ATFL-LC

DATE 05/14/2007

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Alternate Workplace (Flexiplace) for Mohamed Abouelhassan

1. Effective DATE 05/14/2007, Mohamed Abouelhassan will be placed on an alternate workplace schedule. Please see Enclosure (1).

2. Mohamed Abouelhassan will work eight hours a day from 0745-1645 hours at his home in 3881 Old Oak Dr., Ceres, CA, 95307, Phone: 510-501-1800.

STEVEN KOPPANY
Dean, Curriculum Development

Encl (1): Alternate Workplace (Flexiplace) Agreement

DISTRIBUTION:

PECP-WER-G
Employee
Supervisor
Director
Steve Koppany
Kiril Boyadjieff
Sarah Elgendy

# ALTERNATE WORKPLACE (FLEXIPLACE) AGREEMENT
## DATE 05/14/2007

**EMPLOYER:** Defense Language Institute Foreign Language Center and Presidio of Monterey (DLIFLC & POM), Curriculum Development Division, Presidio of Monterey, CA 93944-3334.

**EMPLOYEE:** Mr. Mohamed Abouelhassan, Presidio of Monterey, CA 93944-3334.

**VOLUNTARY PARTICIPATION:** The employee voluntarily agrees to work on the agreed-upon alternate workplace arrangement discussed below and to follow all applicable policies and procedures. The employee recognizes that the flexiplace arrangement is not an employee benefit, but a method to accomplish work.

**PERIOD OF TIME REQUIRED:** The employee and DLIFLC & POM and Curriculum Development (CD) Division agree to this arrangement effective 05/14/2007.

**WORK SCHEDULE AND TOUR OF DUTY:** The employee will work eight hours a day from 0745 to 1645 every day. No other business will be conducted during those hours.

**SALARY AND BENEFITS:** DLIFLC & POM and CD agree that a flexiplace arrangement is not a basis for changing the employee's salary or benefits.

**DUTY STATION AND ALTERNATE WORKPLACE:** DLIFLC & POM and CD agree that the employee's official duty station is in 251 Soledad Drive, Monterey and the employee's approved alternate workplace is at his home, located at XXXXX, telephone: 510-501-1800. *In accordance with potentially changing mission requirements, CD management may revise or adjust this schedule at any time with an advance notice of not less than five (5) calendar days or more to the employee.*

*NOTE: All pay, leave, and travel entitlements are based on the official duty station.*

**OFFICIAL DUTIES:** Unless otherwise instructed, the employee agrees to perform official duties only at the regular office or alternate workplace. The employee agrees not to conduct personal business while in official duty status at the alternate workplace, for example, caring for dependents or making home repairs.

**TIME AND ATTENDANCE:** DLIFLC & POM and CD agree to ensure the supervisor, Elena Allison, maintains a copy of Mohamed Abouelhassan's daily/weekly work schedule, and also agrees to certify weekly, the time and attendance for hours worked at the regular office and the alternate workplace.

**LEAVE:** Mohamed Abouelhassan agrees to follow established office procedures for requesting and obtaining approval of leave and routing leave slips and timecards via the chain of command. Leave slips/timecards shall be processed by the CD Timekeeper (Sarah Elgendy).

**OVERTIME:** The employee agrees to work overtime only when ordered and approved by the supervisor in advance and understands that working overtime without such approval may result in termination of the flexiplace privilege and/or other appropriate action.

**EQUIPMENT USAGE:** IF assigned home-usage equipment, the employee will agree to annotate on appropriate sub-hand receipts and documentation which pieces might be used (for official business only) at his alternate worksite. The employee assumes full liability for that equipment. Should an inventory inspection or need arise, the employee will be required to bring any and all equipment signed for (for alternate worksite use), back to his official duty station for accountability.

Encl (1)

**LIABILITY:** The employee understands that the Government will not be liable for damages to an employee's personal or real property while the employee is working at the approved alternate workplace.

**WORK AREA:** The employee agrees to provide a work area adequate for performance of official duties.

**WORKSITE INSPECTION:** The employee agrees to permit the Government to inspect the alternate workplace during the employee's normal working hours to ensure conformance with safety standards.

**ALTERNATE WORKPLACE COSTS:** The employee understands that the Government will not be responsible for any operating costs that are associated with the employee using his home as an alternate worksite, for example, home maintenance, insurance, utilities, or internet services. The employee understands CD does not relinquish any entitlement to reimbursement for authorized expenses incurred while conducting business for the Government, as provided for by statute and regulations.

**INJURY COMPENSATION:** CD understands Mohamed Abouelhassan is covered under the Federal Employee's Compensation Act if injured in the course of actually performing official duties at the regular office or the alternate duty station. The employee agrees to notify the supervisor immediately of any accident or injury that occurs at the alternate workplace and to complete any required forms. The supervisor agrees to investigate such a report immediately.

**WORK ASSIGNMENT/PERFORMANCE:** The employee agrees to complete all assigned work according to procedures mutually agreed upon by the employee and the supervisor and according to guidelines and standards in the employee's performance plan. The employee understands that a decline in performance may be grounds for canceling the alternate workplace arrangement. The employee agrees to complete a weekly log of work performance. Any deviation will need to be approved first by the supervisor.

**DISCLOSURE:** Employee agrees to protect Government records from unauthorized disclosure or damage and will comply with requirements of the Privacy Act of 1974, 5. U.S.C. 552a.

**STANDARDS OF CONDUCT:** CD agrees that Mohamed Abouelhassan is bound by DLIFLC & POM standards of conduct while working at the alternate worksite.

**OTHER ACTION:** Nothing in this agreement precludes DLIFLC & POM and/or CD from taking any appropriate disciplinary or adverse action against an employee who fails to comply with the provisions of this agreement.

Employee's Signature and Date: *Mohamed Abouelhassan 5/8/07*

Supervisor's Signature and Date: *Allison 5/9/07*

Encl (1)

Exhibit 1



# DEFENSE LANGUAGE INSTITUTE FOREIGN LANGUAGE CENTER
Curriculum Development Division
251 Soledad Dr.
PRESIDIO OF MONTEREY
Monterey, CA 93940-3334

REPLY TO
ATTENTION OF

ATFL-LC

DATE 05/14/2007

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Alternate Workplace (Flexiplace) for Mohamed Abouelhassan

1. Effective DATE 05/14/2007, Mohamed Abouelhassan will be placed on an alternate workplace schedule. Please see Enclosure (1).

2. Mohamed Abouelhassan will work eight hours a day from 0745-1645 hours at his home in 3881 Old Oak Dr., Ceres, CA, 95307, Phone: 510-501-1800.

STEVEN KOPPANY
Dean, Curriculum Development

Encl (1): Alternate Workplace (Flexiplace) Agreement

DISTRIBUTION:

PECP-WER-G
Employee
Supervisor
Director
Steve Koppany
Kiril Boyadjieff
Sarah Elgendy

# ALTERNATE WORKPLACE (FLEXIPLACE) AGREEMENT
## DATE 05/14/2007

**EMPLOYER:** Defense Language Institute Foreign Language Center and Presidio of Monterey (DLIFLC & POM), Curriculum Development Division, Presidio of Monterey, CA 93944-3334.

**EMPLOYEE:** Mr. Mohamed Abouelhassan, Presidio of Monterey, CA 93944-3334.

**VOLUNTARY PARTICIPATION:** The employee voluntarily agrees to work on the agreed-upon alternate workplace arrangement discussed below and to follow all applicable policies and procedures. The employee recognizes that the flexiplace arrangement is not an employee benefit, but a method to accomplish work.

**PERIOD OF TIME REQUIRED:** The employee and DLIFLC & POM and Curriculum Development (CD) Division agree to this arrangement effective 05/14/2007.

**WORK SCHEDULE AND TOUR OF DUTY:** The employee will work eight hours a day from 0745 to 1645 every day. No other business will be conducted during those hours.

**SALARY AND BENEFITS:** DLIFLC & POM and CD agree that a flexiplace arrangement is not a basis for changing the employee's salary or benefits.

**DUTY STATION AND ALTERNATE WORKPLACE:** DLIFLC & POM and CD agree that the employee's official duty station is in 251 Soledad Drive, Monterey and the employee's approved alternate workplace is at his home, located at XXXXX, telephone: 510-501-1800. *In accordance with potentially changing mission requirements, CD management may revise or adjust this schedule at any time with an advance notice of not less than five (5) calendar days or more to the employee.*

**NOTE:** All pay, leave, and travel entitlements are based on the official duty station.

**OFFICIAL DUTIES:** Unless otherwise instructed, the employee agrees to perform official duties only at the regular office or alternate workplace. The employee agrees not to conduct personal business while in official duty status at the alternate workplace, for example, caring for dependents or making home repairs.

**TIME AND ATTENDANCE:** DLIFLC & POM and CD agree to ensure the supervisor, Elena Allison, maintains a copy of Mohamed Abouelhassan's daily/weekly work schedule, and also agrees to certify weekly, the time and attendance for hours worked at the regular office and the alternate workplace.

**LEAVE:** Mohamed Abouelhassan agrees to follow established office procedures for requesting and obtaining approval of leave and routing leave slips and timecards via the chain of command. Leave slips/timecards shall be processed by the CD Timekeeper (Sarah Elgendy).

**OVERTIME:** The employee agrees to work overtime only when ordered and approved by the supervisor in advance and understands that working overtime without such approval may result in termination of the flexiplace privilege and/or other appropriate action.

**EQUIPMENT USAGE:** IF assigned home-usage equipment, the employee will agree to annotate on appropriate sub-hand receipts and documentation which pieces might be used (for official business only) at his alternate worksite. The employee assumes full liability for that equipment. Should an inventory inspection or need arise, the employee will be required to bring any and all equipment signed for (for alternate worksite use), back to his official duty station for accountability.

Encl (1)

**LIABILITY:** The employee understands that the Government will not be liable for damages to an employee's personal or real property while the employee is working at the approved alternate workplace.

**WORK AREA:** The employee agrees to provide a work area adequate for performance of official duties.

**WORKSITE INSPECTION:** The employee agrees to permit the Government to inspect the alternate workplace during the employee's normal working hours to ensure conformance with safety standards.

**ALTERNATE WORKPLACE COSTS:** The employee understands that the Government will not be responsible for any operating costs that are associated with the employee using his home as an alternate worksite, for example, home maintenance, insurance, utilities, or internet services. The employee understands CD does not relinquish any entitlement to reimbursement for authorized expenses incurred while conducting business for the Government, as provided for by statute and regulations.

**INJURY COMPENSATION:** CD understands Mohamed Abouelhassan is covered under the Federal Employee's Compensation Act if injured in the course of actually performing official duties at the regular office or the alternate duty station. The employee agrees to notify the supervisor immediately of any accident or injury that occurs at the alternate workplace and to complete any required forms. The supervisor agrees to investigate such a report immediately.

**WORK ASSIGNMENT/PERFORMANCE:** The employee agrees to complete all assigned work according to procedures mutually agreed upon by the employee and the supervisor and according to guidelines and standards in the employee's performance plan. The employee understands that a decline in performance may be grounds for canceling the alternate workplace arrangement. The employee agrees to complete a weekly log of work performance. Any deviation will need to be approved first by the supervisor.

**DISCLOSURE:** Employee agrees to protect Government records from unauthorized disclosure or damage and will comply with requirements of the Privacy Act of 1974, 5. U.S.C. 552a.

**STANDARDS OF CONDUCT:** CD agrees that Mohamed Abouelhassan is bound by DLIFLC & POM standards of conduct while working at the alternate worksite.

**OTHER ACTION:** Nothing in this agreement precludes DLIFLC & POM and/or CD from taking any appropriate disciplinary or adverse action against an employee who fails to comply with the provisions of this agreement.

Employee's Signature and Date: _Mohamed Abouelhassan 5/8/07_

Supervisor's Signature and Date: _Allison 5/9/07_

Encl (1)

Exhibit 2



# DEFENSE LANGUAGE INSTITUTE
# FOREIGN LANGUAGE CENTER
Curriculum Development Division
251 Soledad Dr.
PRESIDIO OF MONTEREY
Monterey, CA 93940-3334

REPLY TO
ATTENTION OF

ATFL-LC

DATE 05/14/2007

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Alternate Workplace (Flexiplace) for Mohamed Abouelhassan

1. Effective DATE 05/14/2007, Mohamed Abouelhassan will be placed on an alternate workplace schedule. Please see Enclosure (1).

2. Mohamed Abouelhassan will work eight hours a day from 0745-1645 hours at his home in 3881 Old Oak Dr., Ceres, CA, 95307, Phone: 510-501-1800.

STEVEN KOPPANY
Dean, Curriculum Development

Encl (1): Alternate Workplace (Flexiplace) Agreement

DISTRIBUTION:

PECP-WER-G
Employee
Supervisor
Director
Steve Koppany
Kiril Boyadjieff
Sarah Elgendy

# ALTERNATE WORKPLACE (FLEXIPLACE) AGREEMENT
## DATE 05/14/2007

**EMPLOYER:** Defense Language Institute Foreign Language Center and Presidio of Monterey (DLIFLC & POM), Curriculum Development Division, Presidio of Monterey, CA 93944-3334.

**EMPLOYEE:** Mr. Mohamed Abouelhassan, Presidio of Monterey, CA 93944-3334.

**VOLUNTARY PARTICIPATION:** The employee voluntarily agrees to work on the agreed-upon alternate workplace arrangement discussed below and to follow all applicable policies and procedures. The employee recognizes that the flexiplace arrangement is not an employee benefit, but a method to accomplish work.

**PERIOD OF TIME REQUIRED:** The employee and DLIFLC & POM and Curriculum Development (CD) Division agree to this arrangement effective 05/14/2007.

**WORK SCHEDULE AND TOUR OF DUTY:** The employee will work eight hours a day from 0745 to 1645 every day. No other business will be conducted during those hours.

**SALARY AND BENEFITS:** DLIFLC & POM and CD agree that a flexiplace arrangement is not a basis for changing the employee's salary or benefits.

**DUTY STATION AND ALTERNATE WORKPLACE:** DLIFLC & POM and CD agree that the employee's official duty station is in 251 Soledad Drive, Monterey and the employee's approved alternate workplace is at his home, located at XXXXX, telephone: 510-501-1800. *In accordance with potentially changing mission requirements, CD management may revise or adjust this schedule at any time with an advance notice of not less than five (5) calendar days or more to the employee.*

**NOTE:** All pay, leave, and travel entitlements are based on the official duty station.

**OFFICIAL DUTIES:** Unless otherwise instructed, the employee agrees to perform official duties only at the regular office or alternate workplace. The employee agrees not to conduct personal business while in official duty status at the alternate workplace, for example, caring for dependents or making home repairs.

**TIME AND ATTENDANCE:** DLIFLC & POM and CD agree to ensure the supervisor, Elena Allison, maintains a copy of Mohamed Abouelhassan's daily/weekly work schedule, and also agrees to certify weekly, the time and attendance for hours worked at the regular office and the alternate workplace.

**LEAVE:** Mohamed Abouelhassan agrees to follow established office procedures for requesting and obtaining approval of leave and routing leave slips and timecards via the chain of command. Leave slips/timecards shall be processed by the CD Timekeeper (Sarah Elgendy).

**OVERTIME:** The employee agrees to work overtime only when ordered and approved by the supervisor in advance and understands that working overtime without such approval may result in termination of the flexiplace privilege and/or other appropriate action.

**EQUIPMENT USAGE:** IF assigned home-usage equipment, the employee will agree to annotate on appropriate sub-hand receipts and documentation which pieces might be used (for official business only) at his alternate worksite. The employee assumes full liability for that equipment. Should an inventory inspection or need arise, the employee will be required to bring any and all equipment signed for (for alternate worksite use), back to his official duty station for accountability.

Encl (1)

**LIABILITY:** The employee understands that the Government will not be liable for damages to an employee's personal or real property while the employee is working at the approved alternate workplace.

**WORK AREA:** The employee agrees to provide a work area adequate for performance of official duties.

**WORKSITE INSPECTION:** The employee agrees to permit the Government to inspect the alternate workplace during the employee's normal working hours to ensure conformance with safety standards.

**ALTERNATE WORKPLACE COSTS:** The employee understands that the Government will not be responsible for any operating costs that are associated with the employee using his home as an alternate worksite, for example, home maintenance, insurance, utilities, or internet services. The employee understands CD does not relinquish any entitlement to reimbursement for authorized expenses incurred while conducting business for the Government, as provided for by statute and regulations.

**INJURY COMPENSATION:** CD understands Mohamed Abouelhassan is covered under the Federal Employee's Compensation Act if injured in the course of actually performing official duties at the regular office or the alternate duty station. The employee agrees to notify the supervisor immediately of any accident or injury that occurs at the alternate workplace and to complete any required forms. The supervisor agrees to investigate such a report immediately.

**WORK ASSIGNMENT/PERFORMANCE:** The employee agrees to complete all assigned work according to procedures mutually agreed upon by the employee and the supervisor and according to guidelines and standards in the employee's performance plan. The employee understands that a decline in performance may be grounds for canceling the alternate workplace arrangement. The employee agrees to complete a weekly log of work performance. Any deviation will need to be approved first by the supervisor.

**DISCLOSURE:** Employee agrees to protect Government records from unauthorized disclosure or damage and will comply with requirements of the Privacy Act of 1974, 5. U.S.C. 552a.

**STANDARDS OF CONDUCT:** CD agrees that Mohamed Abouelhassan is bound by DLIFLC & POM standards of conduct while working at the alternate worksite.

**OTHER ACTION:** Nothing in this agreement precludes DLIFLC & POM and/or CD from taking any appropriate disciplinary or adverse action against an employee who fails to comply with the provisions of this agreement.

Employee's Signature and Date: *Mohamed Abouelhassan 5/8/07*

Supervisor's Signature and Date: *Allison 5/9/07*

Encl (1)