Plaintiff MOHAMED ABOUELHASSAN, PRO SE

Address: 805 BORDEN RAE CT, SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: egyptusa76@msn.com

**Filed**

AUG 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN In PRO SE<br><br>Plaintiff,<br><br>v.<br><br>Elena Levintova Allison, Department of Defense, Defense Language Institute<br><br>Defendants. | Case No. 07-CV-4038 RS<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTIITIES OR PERSONS**<br><br>[Civ. L. R. 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned, Plaintiff Mohamed Abouelhassan certifies that no persons, associations of persons, firms, partnerships, corporations or any other entities have any interest neither in that subject matter nor in a party that could be substantially affected by the outcome of this proceeding.

Dated: AUGUST 27, 2007

Respectfully submitted,

*[signature]*

MOHAMED HOSSNI ABOUELHASSAN
In PRO SE
Telephone (510) 501-1800
Fax: 408-615-1818
Email: egyptusa76@msn.com