Plaintiff MOHAMED ABOUELHASSAN,
PRO SE

Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: egyptusa76@msn.com

**Filed**

AUG 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MOHAMED ABOUELHASSAN
In PRO SE
   *Plaintiff,*

v.

ELENA LEVINTOVA ALLISON,
DEPARTMENT OF DEFENSE, DEFENSE
LANGUAGE INSTITUTE

   *Defendants.*

Case No. 07-CV-4038 RS

PROOF OF SERVICE

**PROOF OF SERVICE**

I am a citizen of the United States; I am over 18 years of age; my address is 805 Borden Rae Ct, San Jose, CA 95117. I am self employed within the County of Santa Clara where this mailing occurred. On August 27, 2007, I served a true copy of the following document(s):

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTIITIES OR PERSONS [Civ. L. R. 3-16]

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

_X_ **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be deposited in the United States mail at Santa Clara County, California.

____ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

PROOF  OF  SERVICE  - 07-CV-4038 RS
- 1

1     \_\_\_\_\_**BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to
2 the addressee(s) designated.
3 (SEE ATTACHED SERVICE LIST)
4     \_\_\_\_ **BY FACSIMILE:** I caused said documents(s) to be transmitted to the telephone number(s) of
5 the addressee(s) designated.

| | |
|---|---|
| U.S. District Attorney | Dr. Donald C. Fischer, Jr. |
| 150 Almaden Boulevard, Suite 900 | 1759 Lewis Rd. Ste. 142 - Presidio of |
| San Jose, CA 95113 | Monterey - Monterey, CA 93944 |

Elena Allison

251 Soledad Dr, Monterey, CA 93940

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on August 27, 2007, at San Jose, California.

                                          */s/ Yelena Isayeva*