Plaintiff MOHAMED ABOUELHASSAN,
In PRO SE

Mailing Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
Fax: 408-615-1818
Email: egyptusa76@msn.com

Filed

SEP 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISIONAL OFFICE

Mohamed Abouelhassan
In PRO SE
    Plaintiff,

v.

Elena Levintova Allison, Department of Defense, Defense Language Institute

    Defendants.

Case No. 07-CV-4038 RS

JUDICIAL NOTICE

## JUDICIAL NOTICE

All officers of the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA are hereby placed on notice under authority of the supremacy and equal protection clauses of the United States Constitution and the common law authorities of *Haines v Kerner*, 404 U.S. 519, *Platsky v. C.I.A.* 953 F.2d. 25, and *Anastasoff v. United States*, 223 F.3d 898 (8th Cir. 2000) relying on *Willy v. Coastal Corp.*, 503 U.S. 131, 135 (1992), "*United States v. International Business Machines Corp.*, 517 U.S. 843, 856 (1996), quoting *Payne v. Tennessee*, 501 U.S. 808, 842

(1991) (Souter, J., concurring). *Trinsey v. Pagliaro*, D.C. PA. 1964, 229 F. Supp. 647, *American Red Cross v. Community Blood Center of the Ozarks*, 257 F.3d 859 (8th Cir. 07/25/2001).

In re Haines: pro se litigants (Plaintiff is a pro se litigant) are held to less stringent pleading standards than BAR registered attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their claims. In re *Platsky*: court errs if court dismisses the pro se litigant (Plaintiff is a pro se litigant) without instruction of how pleadings are deficient and how to repair pleadings. In re *Anastasoff*: litigants' constitutional rights are violated when courts depart from precedent where parties are similarly situated. All litigants have a constitutional right to have their claims adjudicated according the rule of precedent. See *Anastasoff v. United States*, 223 F.3d 898 (8th Cir. 2000). Statements of counsel, in their briefs or their arguments are not sufficient for a motion to dismiss or for summary judgment, *Trinsey v. Pagliaro*, D.C. PA. 1964, 229 F. Supp. 647.

Dated: SEPTEMBER 28, 2007

Respectfully submitted,

Mohamed Abou Elhassan

MOHAMED ABOUELHASSAN
In PRO SE
805 BORDEN RAE CT,
SAN JOSE, CA 95117
Telephone (510) 501-1800
Email: egypt_sa76@msn.com