SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| Mohamed Abouelhassan, | ) | Case No. C 07-4038 RS |
| | ) | |
| Plaintiff, | ) | **CONSENT TO PROCEED BEFORE A** |
| | ) | **UNITED STATES MAGISTRATE** |
| v. | ) | **JUDGE** |
| | ) | |
| Elena Levintova Allison, Department of | ) | |
| Defense, Defense Language Institute, | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the Federal Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

DATED: October 2, 2007

SCOTT N. SCHOOLS
United States Attorney

_____
/s/
CLAIRE T. CORMIER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_√_          **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____          **PERSONAL SERVICE (BY MESSENGER)**

_____          **FACSIMILE (FAX)**  Telephone No.:_____

to the party addressed as follows:

Mohamed Abouelhassan
805 Borden Rae Ct.
San Jose, CA 95117

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of October, 2007, at San Jose, California.


_____/s/_____
Claire T. Cormier