**Plaintiff MOHAMED ABOUELHASSAN,**
**In PRO SE**

**Mailing Address: 805 BORDEN RAE CT,**
**SAN JOSE, CA 95117**

**Phone: 510-501-1800**
**Fax: 408-615-1818**
**Email: egyptusa76@msn.com**

FILED

2007 OCT -2 P 1: 16

RICHARD W. WICKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISIONAL OFFICE

| | |
|---|---|
| **Mohamed Abouelhassan**<br>**In PRO SE**<br>          **Plaintiff,**<br><br>*v.*<br><br>**Elena Levintova Allison, Department of**<br>**Defense, Defense Language Institute**<br><br>          ***Defendants.*** | **Case No. 07-CV-4038 RS**<br><br><br>**NOTICE OF FILING**<br><br>**EXIBIHTS** |

I, Mohamed Abouelhassan, Plaintiff, Pro Se, hereby files the following list of exhibits in

support of civil action No. 07-CV-4038 RS, and served the Assistant U.S. attorney with copies of

these exhibits as follows:

## LIST OF EXHIBITS

**Exhibit 4** shows the pay difference between Plaintiff Mohamed Abouelhassan and his co-

worker Svetlana Whitmer for the years of 2006 and 2007.

**Exhibit 5** shows Defendant Elena Allison's arrangements to work from home to develop 2

lessons from 12/11/2006 to 02/01/2007 despite her administrative duties. Defendant Elena Allison

continued working from home till 10/01/2007. Defendant Elena Allison was working only 3 days a

week from Monterey duty station and 2 days a week from home during the entire 2 months probation period of the Plaintiff, and despite her request that Plaintiff needs to be put under her immediate supervision. Plaintiff is working 5 days a week from the Monterey duty station effective 07/23/2007.

**Exhibit 6** shows that Defendant Elena Allison was on vacation at the end of the fiscal year, despite the fact that Defendant Elena Allison recalled Plaintiff back to Monterey to work under her close supervision, and despite the fact that every developer in her team is behind in their production, and she did not finish the reviews of her developers' lessons. Defendant Elena Allison is asking for over time to finish these reviews and other duties after her return, **(see Exhibit 12)**

**Exhibit 7** shows that according to Defendant Elena Allison driving to the Bay area (Santa Clara and San Jose area) is too far to drive.

**Exhibit 8** shows that Defendant Elena Allison states in her biweekly evaluation for Plaintiff Mohamed Abouelhassan that by 08/22/2007 Plaintiff has finalized 7 lessons. In her memorandum for Performance Improvement Plan dated 07/20/2007 **(see Exhibit 13)** Defendant Elena Allison stated that Plaintiff finalized zero lessons, and in her memorandum for Completion of Performance Improvement Period dated 09/27/2007 (see **Exhibit 14**) Defendant Elena Allison states that Plaintiff has finalized 8 lessons only. It's not possible for any developer, including the Plaintiff (see **Exhibit 11,** where it states the Department wide time frame of 60 hours developer time per 1 hour of learner time, or 70 hours of developer time per 1 hour of learner time if processing audio file is involved. All Plaintiff's lessons involves audio files processing.) to finish 7 lessons in one month (07/23/2007 to 08/22/2007), then one more lesson in the next month (08/22/2007 to 09/27/2007), then 8 more lessons from 09/27/2007 to 10/01/2007. By 10/01/2007 Plaintiff finished 15 lessons.

**Exhibit 9** shows the changes of format in the middle of the fiscal year and how it took months to change and train and transfer to the new format.

**Exhibit 10** shows Plaintiff's annual evaluation for the fiscal year 2006 signed by Defendant Elena Allison and shows that Plaintiff is rated "Excellence 75% or more Obj."

**Exhibit 11** shows Plaintiff's 2006 mid-term evaluation and standards.

**Exhibit 12** is an email from Defendant Elena Allison to Plaintiff Mohamed Abouelhassan and Svetlana Whitmer dated 09/17/2007 where Defendant Elena Allison is stating that Plaintiff has finished more lessons in the recent weeks than the other developers. **In Exhibit 8** Defendant Elena Allison stated that Plaintiff finished 7 lessons by 08/22/2007. **In Exhibit 12** dated 09/17/2007 defendant Elena Allison stated that Plaintiff has finished more lessons in the recent weeks than the other developers, which indicates that between 08/22/2007 and 09/17/2007 Plaintiff has finished more lessons (more than one lesson) than the other developers. **In Exhibit 14** Defendant Elena Allison stated that between 07/23/2007 and 09/20/2007 Plaintiff has finished 8 lessons only which contradicts her previous statements and evaluations. In this email Defendant Elena Allison will request overtime to finish her work duties of reviewing developers lessons, Plaintiff still has 3 lessons to be reviewed by the Defendant from 09/13/2007 till this day and not finished yet.

**Exhibit 13** is a memorandum of Performance Improvement Plan for Plaintiff Mohamed Abouelhassan dated 07/20/2007 from Defendant Elena Allison stating that Plaintiff finished zero lessons.

**Exhibit 14** is a memorandum of Completion of Performance Improvement Plan for Plaintiff Mohamed Abouelhassan dated 09/27/2007 from Defendant Elena Allison stating that Plaintiff finished 8 lessons between 07/23/2007 and 09/20/2007. **See Exhibits 8, 11, 12** in this regard.

**Exhibit 15** is a memorandum from Dean Steve Koppany dated 09/24/2007 informing Plaintiff Mohamed Abouelhassan that his Alternate Workplace (Flexi place) agreement was rescinded effective 07/23/2007. This memorandum was dated 09/24/2007, and was send in an email on 09/26/2007 (see **Exhibit 16**), despite the fact that Plaintiff has been recalled to Monterey duty station since 07/23/2007.

**Exhibit 16** is an email from Dean Steve Koppany stating that now we have room to accommodate all of our employees and that all the telecommuters are directed to return to the Monte Vista (Monterey duty station). It also states that there will be a handful of exceptions based on a limited set of special circumstances without stating what are these "handful of exceptions based on a limited set of special circumstances" which indicates lack of transparency in the work place.

**Exhibit 17** is the work standards for Plaintiff's co worker Svetlana Whitmer, and it shows that functions and efforts and all other requirements mentioned in the Equal Pay Act of 1963 is met between the Plaintiff and his coworker Svetlana Whitmer despite the difference in pay.

**Exhibit 18** shows an email from Associate Dean Kiril Boyadjieff talking about the intention of dismissal provided that it has to be documented. This email was dated 07/11/2007.


**Dated: OCTOBER 2, 2007**                                    **Respectfully submitted,**

**MOHAMED ABOUELHASSAN**
**In PRO SE**
**805 BORDEN RAE CT,**
**SAN JOSE, CA 95117**
**Telephone (510) 501-1800**

| DEPARTMENT OF DEFENSE | 1. Pay Period End 09/02/06 |
|---|---|

## CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 2. Pay Date 09/14/06 |
|---|

| 3. Name ABOUELHASSAN MOHAMED H | 4. Pay Plan/Grade/Step AD   00   00 | 5. Hourly/Daily Rate 24.92 | 6. Basic OT Rate 37.38 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 52000.00 |
|---|---|---|---|---|
| 8. Soc Sec No ###-##-6630 | 9. Locality % 28.68 | 10. FLSA Category E | 11. SCD Leave 04/03/06 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/06/07 |

| 14. Financial Institution - Net Pay BANK OF AMERICA, N.A. | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Status | Exemptions | Add'l | 18. Tax Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|
| FED   M | 3 | 0 | | | | | FERS:    175.45 | |
| CA    M | 3 | 0 | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1993.60 | 23836.01 | |
| TAXABLE WAGES | 1935.53 | 22606.31 | |
| NONTAXABLE WAGES | 58.07 | 890.78 | |
| TAX DEFERRED WAGES | | 338.92 | |
| DEDUCTIONS | 426.17 | 5688.23 | |
| AEIC | | | |
| NET PAY | 1567.43 | 18147.78 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1993.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | X0 | 8.10 | 89.10 | FEGLI OPTNL | AB | 8.10 | 95.85 |
| FEHB | 104 | 58.07 | 890.78 | MEDICARE | | 28.07 | 332.71 |
| OASDI | | 120.00 | 1422.60 | RETIRE, FERS | K | 15.95 | 175.45 |
| TAX, FEDERAL | | 158.41 | 1939.83 | TAX, STATE | CA | 29.47 | 402.99 |
| TSP SAVINGS | | | 338.92 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 44.00 | | 8.00 | | 36.00 | |
| SICK | | 4.00 | 44.00 | 8.00 | 19.00 | | 25.00 | |
| HOLIDAY | | | | | 16.00 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME
ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
CELEBRATE CONSTITUTION DAY/CITIZENSHIP DAY (SEP 17), HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL.
PRETAX FEHB EXCLUSION $    58.07

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

Exhibit 4

case # 07-CV-4038 RS

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End |
|---|
| 09/01/07 |

| 2. Pay Date |
|---|
| 09/13/07 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| ABOUELHASSAN MOHAMED H | AD  00  00 | 26.35 | 39.53 | 54990.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ###-##-6630 | 30.33 | E | 04/03/06 | 240 | 01/05/08 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| BANK OF AMERICA, N.A. | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 10 | 0 | | | | | | FERS:    605.62 | |
| CA | M | 10 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2108.00 | 39823.20 | |
| TAXABLE WAGES | 1973.70 | 37500.96 | |
| NONTAXABLE WAGES | 134.30 | 2322.24 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 359.28 | 6691.52 | |
| AEIC | | | |
| NET PAY | 1748.72 | 33131.68 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2108.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | X0 | 8.55 | 161.55 | FEGLI OPTNL | AB | 8.55 | 161.55 |
| FEHB | 105 | 134.30 | 2322.24 | MEDICARE | | 28.61 | 543.76 |
| OASDI | | 122.37 | 2325.06 | RETIRE, FERS | K | 16.86 | 318.52 |
| TAX, FEDERAL | | 35.83 | 680.83 | TAX, STATE | CA | 4.21 | 178.01 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 24.00 | 4.00 | 68.00 | | 19.00 | | 73.00 | |
| SICK | 29.00 | 4.00 | 68.00 | | 73.00 | | 24.00 | |
| TIME OFF AWD | 16.00 | | | | 16.00 | | | |
| HOLIDAY | | | | | 32.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.28 | 80.86 | FEHB | 321.89 | 5570.52 |
| MEDICARE | 28.61 | 543.76 | OASDI | 122.37 | 2325.06 |
| RETIRE, FERS | 236.10 | 4460.26 | TSP BASIC | 21.08 | 398.24 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME
ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
COMMEMORATE CONSTITUTION DAY/CITIZENSHIP DAY, SEPT 17, HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL
PRETAX FEHB EXCLUSION $    134.30

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**





**Smart Leave and Earnings Statement**   Help   Main   Exit   Turn Off

Save   Print   Printer Friendly Version   HTML Version

**View More** 09/01/2007

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | 1. Pay Period End 09/01/07 |
|---|---|---|
| | | 2. Pay Date 09/13/07 |

| 3. Name WHITMER SVETLANA | 4. Pay Plan/Grade/Step AD 00 00 | 5. Hourly/Daily/Rate 29.39 | 6. Basic/OT Rate 40.05 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 61,335.00 0.00 0.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-9344 | 9. Locality % 30.33 | 10. FLSA Category E | 11. SCD Leave 03/27/06 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/05/08 |

| 14. Financial Institution - Net Pay UNION BANK OF CALIFORNIA NA | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Status Add'l Exemptions | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS: 647.97 | 20. Military Deposit |
|---|---|---|---|
| FED M 5 0 | | | |
| CA M 5 0 | | | |

| 21. | Current | Year to Date | 22. TSP DATA | 5% |
|---|---|---|---|---|
| GROSS PAY | 2,351.20 | 46,018.80 | | |
| TAXABLE WAGES | 2,035.09 | 40,151.43 | | |
| NONTAXABLE WAGES | 198.55 | 3,646.53 | | |
| TAX DEFERRED WAGES | 117.56 | 2,220.84 | | |
| DEDUCTIONS | 666.53 | 12,953.52 | | |
| AEIC | | | | |
| NET PAY | 1,684.67 | 33,065.28 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,351.20 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | F5 | 9.60 | 181.20 | FEGLI OPTNL | AC | 1.65 | 31.35 |
| FEHB | 105 | 134.30 | 2,554.28 | MEDICARE | | 31.22 | 614.40 |
| OASDI | | 133.46 | 2,627.08 | RETIRE, FERS | K | 18.81 | 355.35 |
| TAX, FEDERAL | | 131.51 | 2,738.93 | TAX, STATE | CA | 24.17 | 547.84 |
| TSP SAVINGS | | 117.56 | 2,220.84 | DENTAL | | 52.78 | 897.26 |
| VISION | | 11.47 | 194.99 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 12.00 | 4.00 | 68.00 | 8.00 | 48.00 | 0.00 | 32.00 | |
| SICK | 14.00 | 4.00 | 68.00 | 0.00 | 38.00 | 0.00 | 44.00 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 0.00 | 0.00 | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.80 | 90.60 | FEHB | 321.89 | 6,104.29 |
| MEDICARE | 31.22 | 614.40 | OASDI | 133.46 | 2,627.08 |
| RETIRE, FERS | 263.33 | 4,974.61 | TSP BASIC | 23.51 | 444.13 |
| TSP MATCHING | 94.05 | 1,776.71 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
COMMEMORATE CONSTITUTION DAY/CITIZENSHIP DAY, SEPT 17, HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL
NAME, SSN, DOB, OR MAILING ADDRESS CHANGED.
PRETAX FEHB EXCLUSION $ 134.30

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED


**HELP INFO**

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It re Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reade security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/rea

Exhibit 5 Case # 07-cv-4038 RS

Windows Live Hotmail

Windows Live™    Home    Spaces    OneCare

egyptusa76@msn..... ≡
Sign out

Page 1 of 1

🔍 New | 📧 Reply | 📧 Reply all | 📤 Forward | ✕ Delete | ⊘ Junk | ⇨ ⇦ ⇦ ⇦    Move to    ⚙ Options ⊙

So, what do you think?

Manage folders
🕐 Today
✉ Mail
📇 Contacts
📅 Calendar

☐ Inbox
☐ Junk
☐ Drafts
☐ Sent
☐ Deleted
☐ Folders

Tue and Thu

From: **Allison Elena N.** (Elena.Levintova@monterey.army.mil)

🔴 You may not know this sender. Mark as safe | Mark as unsafe

Sent: Tue 12/05/06 11:43 AM

To: tabinelanguages@cox.net; egyptusa76@msn.com; Abouelhassan, Mohamed (Mohamed.Abouelhassan@monterey.army.mil);
Aleinikov, Andrei (Andrei.Aleinikov@monterey.army.mil); Elghannam, Alaa T. (Alaa.Elghannam@monterey.army.mil); Kamal
Bewar (Kamal.Bewar@monterey.army.mil); Lee, Janie (Janie.Lee@monterey.army.mil); Lloyd, Gregory
(Gregory.Lloyd@monterey.army.mil); Ma, Lili (Lili.Ma@monterey.army.mil); Oh, Chung Hee (Chung.Oh@monterey.army.mil);
Tabine, Kamaleddine (Kamaleddine.Tabine@lingnet.org); Tabine, Kamaleddine (Contractor)
(Kamaleddine.Tabine@monterey.army.mil); Whitmer, Svetlana (Svetlana.Whitmer@monterey.army.mil)

I will be working from home on Tuesdays and Thursdays, between 12/11/06 and
2/1/07.

The purpose is for me to develop two lessons without being interrupted by
administrative duties. In case I am urgently needed, Andrei will contact me.
If you need to call in sick, use my work number, as usual. Then next day,
bring in the form for me to sign.

Thanks,
Elena

Elena Levintova Allison, Ph.D.
Department Chief (WTE/FLO)
Curriculum Development
DLI-FLC, Monterey
(831) 643-0181

🔍 Reply | 📧 Reply all | 📤 Forward | ✕ Delete | ⇨ ⇦    Move to

Help Central | Account | Feedback

Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2007 Microsoft | Privacy | Legal

Exhibit 6    Case # 07-CV-4038 RS

## Abouelhassan, Mohamed

**From:** elena.allison@us.army.mil
**Sent:** Tuesday, August 28, 2007 6:29 PM
**To:** tabinelanguages@cox.net
**Cc:** mohamed.abouelhassan@monterey.army.mil; elena.allison@monterey.army.mil
**Subject:** Review of ad_pol073

**Attachments:** ad_mil073.doc



ad_mil073.doc (50
KB)

Kamal: Please find attached my review of your lesson. I am asking also Mohamed to read my review, and to review this lesson for Kamal, cc me.
Even though I will be on vacation Aug 31 through Sept 6, please communicate by email and by phone if necessary so that by the time I return I could see the updated lesson which I will want to review again.
I think it is a nice lesson in how it is structured, but there are certain things that I don't understand and we need Mohamed's help. For example, check all the audios and Description # 7 seems weird, and also what about LF - is it addressed enough? I think we need to have some explanation for the students.
thanks to both.
PS Please not that while I am on vacation you can address all your questions to Andrei.

1

**Whitmer, Svetlana**

*EXHIBIT F, Case # 07-CV-4038 RS*

| | |
|---|---|
| **From:** | Allison, Elena N. |
| **Sent:** | Wednesday, July 25, 2007 9:06 AM |
| **To:** | Whitmer, Svetlana |
| **Subject:** | RE: A chance to visit Santa Clara |

Thank you Svetlana, for the invitation.
Unfortunately, it is a bit far away for me, so I will not be coming.
But I wish you all the best in your new home!
Elena

Elena Levintova Allison
(831) 643-0234

-----Original Message-----
From: Whitmer, Svetlana
Sent: Tuesday, July 24, 2007 12:55 PM
To: Allison, Elena N.; 'aleini13@comcast.net'; Abouelhassan, Mohamed; Aleinikov, Andrei;
Janie Lee; Lee, Janie J; Lloyd, Gregory; Ma, Lili (FN); 'Mohamed Abouelhassan'; Oh, Chung
Hee (FN)
Cc: Sarac, Branka (FN); Reneth@comcast.net; andreadams1974@yahoo.com; ildi@comcast.net;
scottrollins1@gmail.com
Subject: A chance to visit Santa Clara

Hello everybody,

I would like to invite you all to my house warming party at my new place in Santa Clara.
I decided to do it this Friday at 7 pm (sorry for the late notice).

My address is:
1883 Agnew Rd, Unit #418
Santa Clara, CA 95054

I hope you all can make it.

Would love to see you all,

Svetlana

P.S. Do not forget your dancing shoes:)

review; you will review other developer's LOs in reasonable time and with attention to detail.

4. I will counsel you on your performance as compared to the performance objectives indicated above. These counseling sessions will be scheduled every two weeks, unless specific incidents indicate a need that they be conducted more frequently. During this 60 day opportunity period, I am available to render special assistance to you and provide guidance during normal working hours.

5. If at the end of the 60 day opportunity period, your performance has reached an acceptable level of competence, you will be informed. If you do improve to a successful level of performance you must sustain that performance for a one-year period following the date of this notice or you may be subject to a reassignment, change to lower grade or removal action without being given additional opportunity to demonstrate successful performance on the objectives identified in this notice. If at the end of the 60 day opportunity period your performance has not improved to a successful level, further action will be taken as stated in the first paragraph of this memorandum. If you do not understand any portion of this letter, you may contact me for clarification.

6. Please be aware that confidential counseling and referral services are always available to you free of charge for any personal or family difficulties you may be experiencing. Should you find the need for advice or assistance, please contact the Employee Assistance Program at 10800-937-7770.or 701-747-0117.

ELENA ALLISON, WTE DEPARTMENT CHIEF

Exhibit 8,

Biweekly evaluation of employee on PIP
Name: Mohamed Abouelhassan
Date: Aug 24, 2007

Achievements:
1. By Aug 22, Mohamed finalized 7 LOs (ad_cul186, ad_sec181, ad_pol082, ad_mil288, ad_ecn180, soc 185, ad_mil184).
2. 2 lesson plans that had been approved by the supervisor were developed further and will be sent for English editing on Aug 23-24.
3. He reviewed 3 Arabic LOs created by another Arabic developer, as part of the standard WTE QC procedure.

Suggestions for continuous improvement:
1. Initiate contact with supervisor
2. Report updates to production log
3. Peer reviews: initiate contact; confirm emails by a phone call if no response in one business day.

Elena Allison.
Department Chief (WTE/FLO)

Exhibit 9, case # 04-04038 / OP38S

March 2, 2007

New WTE format to allow a fast development to meet the goal of 50 LOs (4 hrs each) per language in two years (FY 2006 and 2007)
A. Additional activities will be added to every lesson completed between Oct 2006 and Feb 2007, to make them 4-hour lessons. There will be a test at the end of every such lesson.
B. All lessons developed after that will be developed as 4-hrs lessons with a test.
C. We are using the special WTE version of the Generator.
2. **New format implementation timeframe.** As of now WTE developers have developed from 6 to 9 lessons in the old (Listening, Reading, and FLO) format. They will spend March, April, and possibly May, expanding each of these into a 4-hour lesson with a test. After this job is complete, they will be developing 4-hr lessons from scratch. During June/July/August and possibly September, each developer will develop enough lessons to make up 30 four-hour lessons per language (that is, 15 per developer) for the FY 2007. This, together with 20 WTE Units that were developed during FY 2006, will make up 50 WTE lessons per language -- which is what our clients expect from us.

| March-April (poss. May) | May (poss.June)-September |
|---|---|
| 4-6 LOs to expand to 4hrs (per developer) | 11-9 four-hour LOs to create from scratch (per developer) |

**Total: 15 LOs per developer, 30 LOs per language for FY 2007**

Bobby adjusted the generator specifically for our needs. In some templates (like Click'n Compare) "hint" buttons were made optional, so that WTE developers can use just "feedback" buttons, instead of both "hint" and feedback buttons -- one layer of feedback instead of two layers.

Please note that we are planning to do our entire formal **QC in-house (within WTE),** with only occasional/informal help from Gloss/Masha. So we will not draw any resources (their developers' time and Masha's time) away from GLOSS. However, we will need to edit all these lessons, so we will need another editor starting April.

I had a conversation with Sue and David, and they are ready to **adjust the final assessment template** to give the learner a score and to print a certificate with learner name, date, and lesson number. It may be ready within a few weeks, and it will import our present assessment (true/false) content smoothly.

# SENIOR SYSTEM CIVILIAN EVALUATION REPORT
For use of this form, see AR 690-400; the proponent agency is (DCSPA)

## PART I – ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. POSITION TITLE, PAY PLAN, SERIES AND GRADE |
|---|---|---|
| ABOUELHASSAN, Mohamed | 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 | Assistant Professor, AD 00 00 |

| d. ORGANIZATION | e. REASON FOR SUBMISSION |
|---|---|
| ATFL-CD-WTE | [X] ANNUAL  [ ] SPECIAL  [ ] INTERN |

| f. PERIOD COVERED (YYMMDD) | g. RATED MOS. | h. RATEE COPY (check one and date) |
|---|---|---|
| 050903 – 060930 | 6 | [X] GIVEN TO RATEE  [ ] FORWARDED TO RATEE |

## PART II – AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
|---|---|---|
| Allison, Elena N. | Allison | 10/23/06 |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT
Assistant Professor, ATFL-LC-WTE, Chief

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SIGNATURE | DATE |
|---|---|---|
| | | |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT

| c. NAME OF SENIOR RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
|---|---|---|
| Koppany, Steve | | Oct 23 2006 |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT
Dean, ATFL-CD

| d. RATEE: I understand my signature does not constitute agreement or disagreement with the evaluations of the Rater and Senior Rater, and merely verifies Part I and Part IV data. | SIGNATURE | DATE |
|---|---|---|
| | Mohamed Abou Elhassan | 11/08/06 |

## PART III – PERFORMANCE AWARD/QUALITY STEP INCREASE

| a. SES . AWARD, BONUS/ SALARY INCREASE | RECOMMENDATIONS | | | b. ST, SL, GM, GS, WS . PERFORMANCE AWARD/QSI |
|---|---|---|---|---|
| | RATING (1) | SALARY (2) | PERFORMANCE AWARD BONUS (3) | PERCENT OF SALARY (EXCLUDE) Locality Pay) % (OR) |
| | | | | AMOUNT  $ |
| | | | | QSI (GS WITH successful Level 1 Rating Only)-minimum of 52 weeks must have elapsed since last QSI) |

| | YES | NO | YES | NO | TO (Grade/Step) |
|---|---|---|---|---|---|
| RECOMMENDING OFFICIAL | | | | | |
| RATER | | | | | AWARD APPROVED BY |
| INTERMEDIATE RATER | | | | | |
| PERFORMANCE REVIEW BOARD | | | | | DATE (YYMMDD)    FUND CITE |
| SENIOR RATER | ES | | $ | | |

## PART IV – DUTY DESCRIPTION (Rater)

DAILY DUTIES AND SCOPE (To include as appropriate: people, equipment, facilities, and dollars). Position Description (DA Form 374) is correct: [X] Yes  [ ] No

Serves as Assistant Professor in the FPS system. Prepares materials for the Weekly Training Events (WTE) project and participates in other special projects as assigned. Collaborates with other Curriculum Development (CD) projects. Keeps abreast of current developments in the field of second language acquisition. Shares expertise with colleagues in CD. Promotes the mission and professional image of CD and DLI.

## PART V – VALUES (Rater)

| VALUES | BULLET COMMENTS |
|---|---|
| Loyalty<br>Duty<br>Respect<br>Selfless Service<br>Honor<br>Integrity<br>Personal Courage | ■ Shows exceptional teamwork<br>■ Technical expertise proved valuable for the whole team<br>■ Suggested and executed a technical solution for a better presentation of our product |

DA FORM 7222, AUG 98         PREVIOUS EDITION IS OBSOLETE.         USAPA V2.01

Exhibit 10, annual evaluation

**c. LIST YOUR SIGNIFICANT CONTRIBUTIONS**

Standard 1:

- I have designed, developed, and published 10 Learning Units (each 2 hours learner time) for use in Weekly Training Events (WTE), total of 20 hours, which is one unit more than the projected plan.
- I have observed maximum department-wide time frame of 70 hours developer time per 1 hr of learner time.

Standard 2:

- Used and adapted GLOSS learning objects as part of the WTE units I have developed.
- Created high quality LOs (activities, hints, feedback, Teacher's Notes that help the students to understand the lessons better)
- Created Cultural informational notes pertaining to the subject topics of the lessons and the language.

Standard 3:

- Adapted, edited and integrated listening items in my lessons, such as, news reports, radio programs, and talk shows.
- I have obtained information from the websites in accordance with the copyrights rules and CD division regulations.

*Mohamed Abou Elhassan* 10/16/06

SIGNATURE AND DATE

---

**PART V – PERFORMANCE STANDARDS – SENIOR SYSTEM CIVILIAN POSITIONS**

To derive Objectives ratings, apply the applicable performance standards below; the standards are written at the SUCCESS level, e.g., Ratee, in most cases:

**TECHNICAL COMPETENCE.** Exhibits technical knowledge, skills, and abilities to get desired results within established time frames and with the appropriate level of supervision. Sets and meets realistic milestones. Establishes priorities that reflect mission and organizational needs. Plans so that adequate resources are available. Makes prompt and sound decisions.

**INNOVATION/INITIATIVE.** Develops and implements or suggests better ways of doing business—methods, equipment, processes, resources. Seeks/accepts developmental opportunities. Serves on professional/technical committees, writes technical papers, joins professional societies to enhance personal knowledge and advance state-of-the-art of profession.

**RESPONSIBILITY/ACCOUNTABILITY.** Uses resources prudently and for intended purposes. Complies with DA emphasis programs, e.g., quality assurance, personnel management, contract awards to small business concerns. Supports and encourages Total Army Quality (TAQ) approaches, e.g., team effort, continuous process/product improvement and customer satisfaction. Takes responsibility for personal errors, takes or proposes timely/adequate corrective measures. Establishes personal performance objectives that are challenging and reflect mission needs.

**WORKING RELATIONSHIPS.** Is an effective team player. Works well with group and others to get the job done. Exhibits a customer care attitude; e.g., shows respect to others; is courteous and seeks acceptable compromise in areas of difference.

**COMMUNICATION.** Provides or exchanges accurate/complete oral and written ideas and information in a timely manner. Listens effectively so that resultant actions show understanding of what was said. Coordinates so that all relevant individuals and functions are included in/informed of decisions and actions.

**FOR SUPERVISORY POSITIONS ONLY:**

**ORGANIZATIONAL MANAGEMENT AND LEADERSHIP.** Provides vision and communicates mission and organizational goals to all subordinates. Sets standard/leads by example. Implements/complies with appropriate DA emphasis programs. Secures/allocates/manages resources for effectiveness and efficiency. Takes timely and appropriate personnel actions. Develops subordinates through mentoring, counseling, providing challenging training and work assignments and timely performance evaluations. Recruits and retains high quality people by creating a positive environment that offers challenge and growth.

**EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION** (EEO/AA). Applies EEO principles to all aspects of personnel management (e.g., hiring, training, work assignments/schedules, discipline, counseling and awards). As appropriate, takes immediate corrective action if sexual harassment or other discriminatory/unfair treatment is observed, reported or suspected. Provides leadership and emphasis to the execution of the Affirmative Employment Plan. Participates in EEO/AA activities and encourages subordinates to do so.

---

*REVERSE, DA FORM 7222-1, AUG 1998*                                                                              USAPA V1.00

Standard 4:
- Applied advanced computer resources and technologies for improving overall quality of my lessons, to reduce the time spent in developing a lesson by about 1 hour.
- I have developed and created the WTE pilot CD to promote and market our product to our clients in the East coast.
- I have created the auto launch program to make the WTE pilot CDs more user friendly and easier to navigate through for a user without any prior knowledge of computer usage.
- I have designed and printed the graphic CD sticker to make our CD look professional.
- I have been the point of help for all the WTE team members and other teams in technology, computers, and software applications that we use in producing our lesson unit, including Adobe Audition, LOG and MS Outlook.

Standard 5:
- Proofread and edited 3 lessons developed by other Arabic team members as part of exchanging LU to ensure best quality of lessons.
- I have worked closely with the English language editor and internal and external reviewers to ensure the best quality of my lessons and to ensure that the target language correctly corresponded to the English language instruction and notes.

Standard 6:
- Attended several workshops, such as: TAPES, Photo editing (Sabine Wolpers and Adam Mangum, text typology (Arabic), Text typology (James Drigin), An introduction to ILR Skill level Workshops (24 hr), Masha Ortenberg's (Academic Advisor) training sessions, Ethics, US Constitution Day course, AD Level I on-line, OPI testing workshop.
- I have volunteered in the Language Day which was sponsored and hosted by DLI, I have promoted the Arabic WTE lessons to the visitors and guests of the Arabic language booth. I have been awarded a certificate of appreciation for my efforts during that day.
- I have been a team-player and gave a presentation at one of our weekly team meetings in the month of June about using computer shortcuts, and tips for using the Generator.
- Giving presentations to several high officials of the NSA and other DoD departments and branches including Joni Pruit, Dean of Language Center at NSA, NCS colleagues, Ms. Love - USAF Deputy Senior Language Authority.

Standard 7:
- Co-operated and helped the team members in their computer and software problems, and helped in editing their lessons. I have demonstrated the spirit of cooperation by working with other teams in the CD division, such as audio recording for GLOSS team members, and discussing linguistic issues with the DA team members.
- At the request of my supervisor, I have spent 2 hours training Mrs. Piccari, Susanne, Chief of the Intermediate/Advanced Course Development in the CD division, in using the Learning Objects Generator software.

*Mohamed Abou ElHassan*

| PERIOD COVERED (YYMMDD)<br>060403 – 060930 | RATEE'S NAME<br>ABOUELHASSAN, Mohamed | SSN<br>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 |
|---|---|---|

## PART VI – PERFORMANCE EVALUATION (Rater)

a. PERFORMANCE DURING THIS RATING PERIOD

Comparison of individual objectives against accomplishments and DA-established performance standards resulted in the following objectives ratings:

[X] Excellence
75% or More Obj

[ ] Excellence
25-74% Obj

[ ] Success All or
Excellence 1-24% Obj

[ ] Needs Improvement
1 or More Obj

[ ] Fails 1 or More Obj

Includes Excellence in Org Mgt/Ldshp **OR** EEO/AA

Obj for supv/mgr    [ ] Yes    [ ] No

b. BULLET EXAMPLES

1. Exceeded the plan for lesson development.

3. Found and shared with the team new sources of Arabic audio recordings

4. Suggested a number of improvements for WTE pilot Beta-version CDs and found a way to execute these suggestions technically. Could always be relied on to work extra hours to have the job done before an important deadline.

5. Working in close coordination with the English editor, in less than six months, enhanced the quality of his lessons so much that the editor has to spend only half the usual time editing his lessons.

6. Presented WTE Learning Units in Arabic to a number of officials from other DOD branches visiting CD Division

7. Helped a number of WTE team members with learning the more difficult features of the Learning Objects Generator and with audio recording technicalities. Gave a two-hour hands-on training in the use of LOG to the Chief of another CD department.

## PART VII – INTERMEDIATE RATER (Optional)

BULLET COMMENTS

| PART VIII – SENIOR RATER (if used ) or<br>RATER (no senior rater used) | PART IX – SENIOR RATER (if used) |
|---|---|

OVERALL PERFORMANCE RATING

[X]

2

3

4

5

} **SUCCESSFUL**

**FAIR**

**UNSUCCESSFUL**

(**MUST** Have Senior
Rater Review)

BULLET COMMENTS Performance/Potential)

- ■ Excellent team player
- ■ WTE department's computer whiz

A complete DA Form 7222-1 was received with this
Report and considered in my evaluation and review:

[X] Yes    [ ] No

*REVERSED, DA FORM 7222, AUG 1998*

USAPA V2.01

# SENIOR SYSTEM CIVILIAN EVALUATION REPORT SUPPORT FORM

For use of this form, see AR 690-400; the proponent agency is ASA(M&RA)

## PART I – RATEE IDENTIFICATION

| a. NAME OF RATEE (Last, First, Middle Initial) | b. PAY PLAN, SERIES/GRADE | c. ORGANIZATION/INSTALLATION |
|---|---|---|
| ABOUELHASSAN, Mohamed | Assistant Professor | ATFL-LC-WTE |

## PART II – RATING CHAIN – YOUR RATING CHAIN FOR THE EVALUATION PERIOD IS:

| RATER | NAME<br>LEVINTOVA-ALLISON, Elena | POSITION<br>WTE Coordinator, ATFL -LC |
|---|---|---|
| INTERMEDIATE RATER *(Optional)* | NAME<br>NA | POSITION |
| SENIOR RATER | NAME<br>KOPPANY, Steve | POSITION<br>DEAN, ATFL-CD |

## PART III – VERIFICATION OF FACE-TO-FACE DISCUSSION

The following face-to-face discussions of duties, responsibilities, performance objectives, standards, and accomplishments for the rating period _ April 3, 2006 to _ September 30, 2006 . took place:

| | DATES | RATEE INITIALS | RATER INITIALS | INTERMEDIATE RATER INITIALS | SENIOR RATER INITIALS *(If used)* | DATE |
|---|---|---|---|---|---|---|
| INITIAL | 05/02/06 | M. A | E. A. | | S.K. | 5/5/6 |
| MIDPOINT | 8/19/06 | M. A | E. A. | | | |

## PART IV – RATEE (Complete a, b, c below for this rating period)

### a. STATE YOUR SIGNIFICANT DUTIES AND RESPONSIBILITIES, DUTY TITLE IS:

Serves as Assistant Professor in the FPS system. Prepares materials for the Weekly Training Events (WTE) project and participates in other special projects as assigned. Collaborates with other Curriculum Development (CD) projects. Keeps abreast of current developments in the field of second language acquisition. Shares expertise with colleagues in CD. Promotes the mission and professional image of CD and DLI.

### b. INDICATE YOUR MAJOR PERFORMANCE OBJECTIVES/INDIVIDUAL PERFORMANCE STANDARDS

1. Designs, develops and publishes online Learning Units (LU) for use in Weekly Training Events (WTE), utilizing Learning Object Generator (LOG) authoring tool. Observes maximum department-wide timeframes of 60 hrs developer time per 1 hr of learner time (or 70 hrs developer time per 1 hr of learner time if processing audio file is involved).
2. Produces LUs of high quality in accordance with the department specifications. Uses and adapts GLOSS learning objects as part of WTE LUs and creates a variety of appropriate activities. Makes sure that each LU as well as each activity has objectives suitable for the working level. Includes appropriate cultural information and linguistic commentaries in each unit. Targets appropriate FLOs in each unit. Provides clear, methodologically adequate feedback geared towards the overall teaching goals of the LU.
3. Identifies and adapts reading and listening comprehension items (content objects) for LU development. Observes and promotes close adherence to all applicable copyright and intellectual property protection requirements.
4. Uses the provided computer resources (including LOG) to produce instructional materials according to the project's specifications and standards.
5. Ensures complete correlation between English and TL instructions, comments and explanations by working in close coordination with the English editor. Takes full responsibility for the TL quality control, ensures exchange of LUs for proofreading within the team.
6. Seeks and takes advantage of opportunities for professional and personal development. Keeps current with developments and innovations in the field of FL teaching, CD, and language assessment; otherwise contributes his/her expertise to the DLI mission (e.g. conducts OPIs, DA assessment interviews or text evaluation).
7. Fosters an environment of teamwork and encouragement; develops and exercises constructive interpersonal skills.

Exhibit 11, midterm evaluation

## Abouelhassan, Mohamed

| | |
|---|---|
| **From:** | Allison, Elena N. |
| **Sent:** | Monday, September 17, 2007 9:18 AM |
| **To:** | Whitmer, Svetlana; Abouelhassan, Mohamed |
| **Cc:** | Brendel, Gerd; Aleinikov, Andrei; tabinelanguages@cox.net; Alexander, Sofya |
| **Subject:** | Lesson review |

Svetlana and Mohamed:
All our developers are finishing their yearly workload of lessons.
You two have finished more lessons in the recent weeks than the other developers. Which I appreciate.
However, normally the lessons are spread in time, but now I have to review them all, and all are urgent.
Therefore:
-I will talk to each of you today about planning reviews, and will review 1 lesson -Make sure I have a review of your LO done by the other developer in your respective language (Andrei and Kamal) -Don't hesitate to contact Andrei and Kamal by email and by phone, if urgent or if no reply within one working day by email -Express yourself clearly and request confirmations, to avoid miscommunication -I will request OT from Gerd for more reviews, and hopefully they will all be done within this week -Sonia will help you but only on a limited basis now because she is new -I will welcome any suggestions from you
Thanks, Elena Elena Allison, Ph. D.
WTE Dept Chief
831-643-0234

Exhibit 12

Case # 07- CV-4038 RS

1

ATFL-ELS                                          20 July 2007

MEMORANDUM FOR Mohamed Abouelhassan

SUBJECT: Performance Improvement Plan


1. This is to advise you that effective on the date you receive this memorandum, you have 60 calendar days in which to raise your performance as a WTE SME /developer to a successful level.  Should your performance continue at an unsuccessful level, then in the vest interest of the Government, I will recommend you be reassigned, or that you be reduced in grade to a level at which you can successfully perform, or that you be separated from the Federal Service for unsuccessful performance.

2.  You were counseled concerning your unsuccessful performance on the following dates:

- July 12 (zero LOs completed)
- June 29 (no LOs finalized)
- June 5 (your production is behind schedule)
- April 18 (being late in completing LOs)

3. Throughout your rating period you have been provided daily opportunities to improve your performance.  However, to further assist you in improving your performance, this letter contains the performance objectives for your position, your present unsuccessful performance against these objectives, recommendations for improvement of your performance, and proposed actions to assist you.

A.  OBJECTIVE 1:  Designs and publishes…online learning objects… to the department specification of 15 LOs per fiscal year

  (1)  Your Performance: Between April and July, you completed zero LOs. By July 6 at least 5 should have been completed, with more on the way.
  (2)  Recommendation: Create and complete at least 4 new LOs using the already collected materials and translations acquired. Finalize 8 old LOs that are incomplete as of now.

B.  OBJECTIVE 3: Produces LOs of high quality…makes sure that each LO as well as each activity has an objective suitable for the working level. Provides clear, pedagogically sound feedback <…>
  (1)  Your Performance: In reviews of your LOs the following deficiencies have been pointed out: missing parts of LO (like glossaries or activities); missing audio files; Teacher's Notes that do not apply; Instructions that do not apply; missing feedback; tasks not consistent with stated objective..
  (2)  Recommendation: Daily consultations will be provided by colleagues and supervisor; you need to learn to work accurately and keep track of what you are doing; you need to check your work properly before submitting it for

WTE
CURRICULUM DEVELOPMENT                                 (September 27, 2007)

MEMORANDUM FOR Mohamed Abouelhassan, WTE, Curriculum Development
Defense Language Institute Foreign Language Center and Presidio of Monterey,
Monterey, CA 93944

SUBJECT: Completion of Performance Improvement Period

1.This letter is to inform you that during your Performance Improvement Period,
7/23/2007 -- 9/20/2007, you improved your performance to a **"successful"** (you had a
satisfactory level of 67%, based on delivery of 8 LOs out of 12, according to PIP) in your
first performance objective.  You improved in your second performance objective and I
rated this improvement at the success level.  Your overall performance for these two
objectives results in a rating of **"successful."** Your performance in these two objectives
prior to the performance improvement period was a serious concern and was detrimental
to the department. I encourage you to strive to improve even further, particularly in your
second objective (Standard 3).

2,  Please be advised that if your performance becomes unacceptable again within one
year from the date you received the Performance Improvement Period memorandum
(date7/23/2007) a reduction in grade or removal may be proposed in accordance with
Title 5, USC 4303.


                                                    Elena Allison, Ph. D.
                                                     WTE Dept Chief
                                                  Curriculum Development
                                    Defense Language Institute Foreign Language Center


Receipt Acknowledged_____Date_____


Exhibit  14
CaSe # 07-CV- 4038 RS

Exhibit 15    Case #



# DEFENSE LANGUAGE INSTITUTE
# FOREIGN LANGUAGE CENTER
## Curriculum Development Division (ATFL-LST-CD)
### Monte Vista Elementary School
#### Monterey, CA 93940

REPLY TO
ATTENTION OF

ATFL-LST-CD                                                24 September 2007

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Instructions for Returning from Alternate Workplace (Flexi place) for Mohamed Abouelhassan

1. Effective 23 July 2007, the "Alternate Workplace (Flexi place)" agreement you signed on 08 May 2007 was rescinded. This memorandum is for record purposes only.

2. Starting that date, you were directed to return to your normal duty hours and location at DLI's Monte Vista School facility.

3. The office space assigned is room CD-5, F. Your phone number will be 643-9820.

4. You were required to return all off-site equipment assigned for the duration of your Flexi place assignment to the Division Supply Technician upon your return for damage assessments and verification of serial numbers.

5. For further details and clarification please contact your division Director.

Steve Koppany
Dean
Curriculum Development Division

DISTRIBUTION:
PECP-WER-G
Employee
Supervisor
Director
Dean, Steven Koppany
Associate Dean, Kiril Boyadjieff
Cynthia Gallegos
Sarah Elgendy

Exhibit 16, Case #07-CV-4038 RS

## Abouelhassan, Mohamed

| | |
|---|---|
| **From:** | Gallegos, Cynthia |
| **Sent:** | Wednesday, September 26, 2007 4:27 PM |
| **To:** | Abouelhassan, Mohamed |
| **Cc:** | Allison, Elena N.; Brendel, Gerd |
| **Subject:** | RE: Return to the Mothership |

**Attachments:** Mohamed Abouelhassan.pdf



Mohamed
ouelhassan.pdf (915

Good afternoon.

Mohamed,

Attached you will find a copy of the memo referenced below in Dean Koppany's email. Please note that this memorandum is for record purposes only and does not require any additional actions on your part.

Thanks,
Cynthia :)


Cynthia Gallegos
Management Support Asst-Dean's Office
Curriculum Development Division
Monte Vista School, Room 13-X
Monterey, CA 93940
(831) 643-9827
Fax: (831) 643-9823

-----Original Message-----
From: Koppany, Steven
Sent: Friday, September 21, 2007 4:03 PM
To: Alghusain, Arwa; Chen, Kuei-Lan; Farghaly, Amel; Kullolli, Arben; Light, Anila M (FN); Lunden, Lily; Rim, Kyung-Mee (FN); Philpot, Trina L.; Hao, Shuching; Haskin, Natalia R. (FN); Kim, Jee-In (FN); Mounts, Elena D.; Zahir, Anisa; Roth, Peiyu Chen (FN); Dragunsky, Natalya; Han, Ted; Lee, Saekyun H.; Lipovetsky, Lina; Ortenberg, Maria; Savovic, Jasna; Poparic, Djana (FN); Aleinikov, Andrei; Bewar, Kamal I.; Lee, Janie J; 'Tabine, Kamal (II)'
Cc: Boyadjieff, Kiril; Vorobiov, Alex (Associate Provost); Gallegos, Cynthia; Combacau, Pamela T.; Daunt, Donna M.; Brendel, Gerd
Subject: Return to the Mothership
Importance: High

All,

Prompted by instructions from the Provost's office and by the fact that we now have room to accommodate all of our employees, I am informing you that effective 1 October 2007, all CD telecommuters are directed to return to the Monte Vista School to work on site full time. There will be a handful of exceptions based on a limited set of special circumstances but these, too, may be only temporary. Each of you will receive a personal note early next week informing you of how this directive applies to you specifically.

Thank you very much for your continued support and understanding.

Regards,
Steve Kopppany
Dean
Curriculum Development Division

1

# SENIOR SYSTEM CIVILIAN EVALUATION REPORT

For use of this form, see AR 690-400; the proponent agency is ASA (M&RA)

## PART I – ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. POSITION TITLE, PAY PLAN, SERIES AND GRADE |
|---|---|---|
| WHITMER, Svetlana | 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 | Assistant Professor, AD 00 00 |

| d. ORGANIZATION | e. REASON FOR SUBMISSION |
|---|---|
| ATFL-CD-WTE | [X] ANNUAL  [ ] SPECIAL  [ ] INTERN |

| f. PERIOD COVERED (YYMMDD) | g. RATED MOS. | h. RATEE COPY (check one and date) |
|---|---|---|
| 060327 -- 060930 | 6 | [ ] GIVEN TO RATEE   [ ] FORWARDED TO RATEE |

## PART II – AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
|---|---|---|
| Allison, Elena N. | eAllison | 10/23/06 |
| GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT | | |
| Assistant Professor, ATFL-LC-WTE, Chief | | |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SIGNATURE | DATE |
| | | |
| GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT | | |
| | | |
| c. NAME OF SENIOR RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
| Koppany, Steve | | Oct 23, 2006 |
| GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT | | |
| Dean, ATFL-CD | | |
| d. RATEE: I understand my signature does not constitute agreement or disagreement with the evaluations of the Rater and Senior Rater, and merely verifies Part I and Part IV data. | SIGNATURE | DATE |
| | | 10/30/2006 |

## PART III – PERFORMANCE AWARD/QUALITY STEP INCREASE

| a. | RECOMMENDATIONS | | | b. ST, SL, GM, GS, WS . PERFORMANCE AWARD/QSI |
|---|---|---|---|---|
| SES . AWARD, BONUS/ | RATING | SALARY | PERFORMANCE AWARD BONUS | PERCENT OF SALARY  (EXCLUDE) Locality Pay)   % (OR) |
| | (1) | (2) | (3) | AMOUNT  $ |
| SALARY INCREASE | | | | QSI (GS WITH successful Level 1 Rating Only)-minimum of 52 weeks must have elapsed since last QSI) |
| | YES | NO | YES | NO | TO (Grade/Step) |
| RECOMMENDING OFFICIAL | | | | | AWARD APPROVED BY |
| RATER | | | | | |
| INTERMEDIATE RATER | | | | | |
| PERFORMANCE REVIEW BOARD | | | | | DATE (YYMMDD)  |  FUND CITE |
| SENIOR RATER | ES | $ | | | |

## PART IV – DUTY DESCRIPTION (Rater)

DAILY DUTIES AND SCOPE (To include as appropriate: people, equipment, facilities, and dollars). Position Description (DA Form 374) is correct:  [ ] Yes  [ ] No

Serves as Assistant Professor in the FPS system. Prepares materials for the Weekly Training Events (WTE) project and participates in other special projects as assigned. Collaborates with other Curriculum Development (CD) projects. Keeps abreast of current developments in the field of second language acquisition. Shares expertise with colleagues in CD. Promotes the mission and professional image of CD and DLI.

## PART V – VALUES (Rater)

| VALUES | BULLET COMMENTS |
|---|---|
| Loyalty<br>Duty<br>Respect<br>Selfless Service<br>Honor<br>Integrity<br>Personal Courage | - Learns new skills quickly<br>- An excellent team player |

DA FORM 7222, AUG 98        PREVIOUS EDITION IS OBSOLETE.        USAPA V2.01

Exhibit 17, Case#07-CV-4038RS

Windows Live Hotmail

Exhibit 18, Case # 07-CV-4038 RS

Access Denied (policy_denied)

Your system policy has denied access to the requested URL.



Windows Live™   Home   hotmail    Spaces   OneCare

**Inbox**
**Junk**
**Drafts**
**Sent**
**Deleted**
**Folders**
Manage folders
**Today**
**Mail**
**Contacts**
**Calendar**

help save
the world

New   Reply   Reply all   Forward   ✕ Delete   Junk

Move to                                        Options

### RE: Reviews
From: **Brendel, Gerd** (Gerd.Brendel@monterey.army.mil)
You may not know this sender. Mark as safe | Mark as unsafe
Sent: Wed 7/11/07 8:15 AM
To: 'MOHAMED ABOUELHASSAN' (egyptusa76@msn.com)
Cc: Koppany, Steven (Steven.Koppany@monterey.army.mil); Boyadjieff, Kiril
(Kiril.Boyadjieff@monterey.army.mil); Allison, Elena N.
(Elena.Levintova@monterey.army.mil)

Mohamed, thank you for your quick response to my note of concern. Health
issues beset a great many of us at any age and pose daily challenges. If you
need to take sick leave, please do make use of it.
I really appreciate your resolve to get back to your previous standard of
excellence in your work.
Please let me know how I and the rest of CD management can be of assistance
in helping you get back to your high standard of job performance.
Take good care of yourself.
Gerd.

-----Original Message-----
From: Boyadjieff, Kiril
Sent: Wednesday, July 11, 2007 7:35 AM
To: Brendel, Gerd; Allison, Elena N.
Cc: Koppany, Steven
Subject: FW: Reviews

Greetings,
I would recommend the following:
- Keep in mind that performance-related problems require a plan for gradual
assistance - training, feedback, detailed QC, etc.
- If you ever consider disciplinary action or dismissal it will by supported
by the Dean's Office only if well-documented action-plan is in place.

Kiril

| PERIOD COVERED (YYMMDD) | RATEE'S NAME | SSN |
|---|---|---|
| 060327 -- 060930 | WHITMER, Svetlana | 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 |

### PART VI – PERFORMANCE EVALUATION (Rater)

**a. PERFORMANCE DURING THIS RATING PERIOD**
Comparison of individual objectives against accomplishments and DA-established performance standards resulted in the following objectives ratings:

| [ ] Excellence 75% or More Obj | [X] Excellence 25-74% Obj | [ ] Success All or Excellence 1-24% Obj | [ ] Needs Improvement 1 or More Obj | [ ] Fails 1 or More Obj |
|---|---|---|---|---|

Includes Excellence In Org Mgt/Ldshp OR EEO/AA

Obj for supv/mgr  [ ] Yes   [ ] No

**b. BULLET EXAMPLES**

1. Developed eight online learning units in much less time than required by department standards.

6. Has a strong background in language-teaching methodology, and continues to put in much effort to enhance her professionalism. Took multiple courses at MIIS; completed courses in Public Budgeting, Portfolio Preparation, and Teacher Education in spring; is now taking courses in Web Design and Intercultural Communication.

### PART VII – INTERMEDIATE RATER (Optional)

BULLET COMMENTS

---

| PART VIII – SENIOR RATER (if used) or RATER (no senior rater used) | PART IX – SENIOR RATER (if used) |
|---|---|
| OVERALL PERFORMANCE RATING<br><br>1 &#125;<br>2 &#125; **SUCCESSFUL**<br>3<br>4 **FAIR**<br>5 **UNSUCCESSFUL**<br><br>(MUST Have Senior Rater Review) | BULLET COMMENTS *Performance/Potential*<br>- Efficient developer<br>- Shows great computer skills<br><br><br>A complete DA Form 7222-1 was received with this Report and considered in my evaluation and review:<br><br>[ ] Yes   [ ] No |

*REVERSED, DA FORM 7222, AUG 1998*

USAPA V2.01

## SENIOR SYSTEM CIVILIAN EVALUATION REPORT SUPPORT FORM
For use of this form, see AR 690-400; the proponent agency is ASA(M&RA)

### PART I – RATEE IDENTIFICATION

| a. NAME OF RATEE (Last, First, Middle Initial) WHITMER, Svetlana | b. PAY PLAN, SERIES/GRADE Assistant Professor | c. ORGANIZATION/INSTALLATION ATFL-LC-WTE |
|---|---|---|

### PART II – RATING CHAIN – YOUR RATING CHAIN FOR THE EVALUATION PERIOD IS:

| | NAME | POSITION |
|---|---|---|
| RATER | LEVINTOVA-ALLISON, Elena | WTE Coordinator, ATFL -LC |
| INTERMEDIATE RATER (Optional) | NAME NA | POSITION |
| SENIOR RATER | NAME KOPPANY, Steve | POSITION DEAN, ATFL-CD |

### PART III – VERIFICATION OF FACE-TO-FACE DISCUSSION

The following face-to-face discussions of duties, responsibilities, performance objectives, standards, and accomplishments for the rating period _ March 27, 2006 . to _ September 30, 2006 . took place:

| | DATES | RATEE INITIALS | RATER INITIALS | INTERMEDIATE RATER INITIALS | SENIOR RATER INITIALS (if used) | DATE |
|---|---|---|---|---|---|---|
| INITIAL | 5/2/2006 | S W | E A | | 5/5/06 | SK |
| MIDPOINT | 7/7/2006 | S W | A | | | |

### PART IV – RATEE (Complete a, b, c below for this rating period)

**a. STATE YOUR SIGNIFICANT DUTIES AND RESPONSIBILITIES. DUTY TITLE IS:**

Serves as Assistant Professor in the FPS system. Prepares materials for the Weekly Training Events (WTE) project and participates in other special projects as assigned. Collaborates with other Curriculum Development (CD) projects. Keeps abreast of current developments in the field of second language acquisition. Shares expertise with colleagues in CD. Promotes the mission and professional image of CD and DLI.

**b. INDICATE YOUR MAJOR PERFORMANCE OBJECTIVES/INDIVIDUAL PERFORMANCE STANDARDS**

1. Designs, develops and publishes online Learning Units (LU) for use in Weekly Training Events (WTE), utilizing Learning Object Generator (LOG) authoring tool. Observes maximum department-wide timeframes of 60 hrs developer time per 1 hr of learner time (or 70 hrs developer time per 1 hr of learner time if processing audio file is involved).
2. Produces LUs of high quality in accordance with the department specifications. Uses and adapts GLOSS learning objects as part of WTE LUs and creates a variety of appropriate activities. Makes sure that each LU as well as each activity has objectives suitable for the working level. Includes appropriate cultural information and linguistic commentaries in each unit. Targets appropriate FLOs in each unit. Provides clear, methodologically adequate feedback geared towards the overall teaching goals of the LU.
3. Identifies and adapts reading and listening comprehension items (content objects) for LU development. Observes and promotes close adherence to all applicable copyright and intellectual property protection requirements.
4. Uses the provided computer resources (including LOG) to produce instructional materials according to the project's specifications and standards.
5. Ensures complete correlation between English and TL instructions, comments and explanations by working in close coordination with the English editor. Takes full responsibility for the TL quality control, ensures exchange of LUs for proofreading within the team.
6. Seeks and takes advantage of opportunities for professional and personal development. Keeps current with developments and innovations in the field of FL teaching, CD, and language assessment; otherwise contributes his/her expertise to the DLI mission (e.g. conducts OPIs, DA assessment interviews or text evaluation).
7. Fosters an environment of teamwork and encouragement; develops and exercises constructive interpersonal skills.