Plaintiff MOHAMED ABOUELHASSAN,
PRO SE

Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: alslanguage@gmail.com

FILED

2007 OCT -2 P 1: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MOHAMED ABOUELHASSAN
In PRO SE
    *Plaintiff,*

v.

Elena Levintova Allison, Department
of Defense, Defense Language Institute
    *Defendants.*

Case No. 07-CV-4038 RS

**PROOF OF SERVICE**

**PROOF OF SERVICE**

I am a citizen of the United States; I am over 18 years of age; my address is 805 Borden Rae Ct, San Jose, CA 95117. I am self employed within the County of Santa Clara where this mailing occurred. On ~~September 28~~ *October 05, YI*, 2007, I served a true copy of the following document(s):

JUDICIAL NOTICE; Exhibits # 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18,

CHECK STUBS OF PLAINTIFF MOHAMED ABOUELHASSAN AND SVETLANA WHITMER

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

_X___ **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be deposited in the United States mail at Santa Clara County, California.

PROOF OF SERVICE Case No. 07-CV-4038 RS - 1

1  ____ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the
2  addressee(s) designated.
3  ____ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to
4  the addressee(s) designated.
5  (SEE ATTACHED SERVICE LIST)
6  ____ **BY FACSIMILE:** I caused said documents(s) to be transmitted to the telephone number(s) of
7  the addressee(s) designated.

U.S. DISTRICT ATTORNEY
150 ALMADEN BLVD, SUITE 900,
SAN JOSE, CA 95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ~~September 28~~ *October 02* /Y.I., 2007, at San Jose, California.

_____
Yelena Isayeva