Yelena Isayeva
805 Bordenrae Ct
San Jose, CA 95117

FILED

2007 OCT -4 A 9 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mohamed Abouelhassan

Plaintiff(s),

v.

Elena Leichicia Allison,
Department of Defense, Defense
Language Institute

Defendant(s).

No. C 07-CV-4038 RS

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: Oct. 4th, 2007

_____
Signature

Counsel for Plaintiff "pro se"
(Plaintiff, Defendant or indicate "pro se")