Plaintiff MOHAMED ABOUELHASSAN,
In PRO SE

Mailing Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
Fax: 408-615-1818
Email: egyptusa76@msn.com

**Filed**

OCT - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISIONAL OFFICE

Mohamed Abouelhassan
In PRO SE
*Plaintiff,*

v.

Elena Levintova Allison, Department of Defense, Defense Language Institute

*Defendants.*

Case No. 07-CV-4038 RS

**NOTICE TO AMEND THE**

**EXIBIHTS # 4, 7, 10, 17**

Pursuant to civil local rule 3-17 Plaintiff, Mohamed Abouelhassan, hereby is filing an Amendment to exhibits # 4, 7, 10, 17 in support of civil action No. 07-CV-4038 RS, and served the Assistant U.S. attorney with copies of these exhibits as follows:

## LIST OF EXHIBITS

**Exhibit 4** shows the pay difference between Plaintiff Mohamed Abouelhassan and his co-worker Svetlana Whitmer for the years of 2006 and 2007.

**Exhibit 7** shows that according to Defendant Elena Allison driving to the Bay area (Santa Clara and San Jose area) is too far to drive.

*Notice to amend Exhibits* Case No. 07-CV-4038 RS - 1

**Exhibit 10** shows Plaintiff's annual evaluation for the fiscal year 2006 signed by Defendant Elena Allison and shows that Plaintiff is rated "Excellence 75% or more Obj."

**Exhibit 17** is the work standards for Plaintiff's co worker Svetlana Whitmer, and it shows that functions and efforts and all other requirements mentioned in the Equal Pay Act of 1963 is met between the Plaintiff and his coworker Svetlana Whitmer despite the difference in pay.

Dated: OCTOBER 4, 2007                                  Respectfully submitted,

*[signature]*

MOHAMED ABOUELHASSAN
In PRO SE
805 BORDEN RAE CT,
SAN JOSE, CA 95117
Telephone (510) 501-1800

notice to amend Exhibits Case No. 07-CV-4038 RS - 2

### DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | |
| 2. Pay Date | 09/14/06 |
| 3. Name | ABOUELHASSAN MOHAMED H |
| 4. Pay Plan/Grade/Step | AD 00 00 |
| 5. Hourly/Daily Rate | 24.92 |
| 6. Basic OT Rate | 37.38 |
| 7. Basic Pay + Locality Adj = Adjusted Basic Pay | 52000.00 |
| 8. Soc Sec No | ###-##- |
| 9. Locality % | 28.68 |
| 10. FLSA Category | E |
| 11. SCD Leave | 04/03/06 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/06/07 |
| 14. Financial Institution - Net Pay | |
| 15. Financial Institution - Allotment #1 | |
| 16. Financial Institution - Allotment #2 | |
| 17. Tax Marital Status Exemptions Add'l | FED / CA |
| 18. Tax Marital Status Exemptions Add'l Taxing Authority | |
| 19. Cumulative Retirement | FERS: |
| 20. Military Deposit | |

### 21.

| Type | Current | Year to Date |
|---|---|---|
| GROSS PAY | 1993.60 | 23836.01 |
| TAXABLE WAGES | 1935.53 | 22606.31 |
| NONTAXABLE WAGES | 58.07 | 890.78 |
| TAX DEFERRED WAGES | | 338.92 |
| DEDUCTIONS | 426.17 | 5688.23 |
| AEIC | | |
| NET PAY | 1567.43 | 18147.78 |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1993.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | X0 | 8.10 | 89.10 | FEGLI OPTNL | AB | 8.10 | 95.85 |
| PEHB | 104 | 58.07 | 890.78 | MEDICARE | | 28.07 | 332.71 |
| OASDI | | 120.00 | 1422.60 | RETIRE, FERS | K | 15.95 | 175.45 |
| TAX, FEDERAL | | 158.41 | 1939.83 | TAX, STATE | CA | 29.47 | 402.99 |
| TSP SAVINGS | | | 338.92 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 44.00 | | 8.00 | | 36.00 | |
| SICK | | 4.00 | 44.00 | | 19.00 | | 25.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS        - DEPARTMENT OF DEFENSE.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
CELEBRATE CONSTITUTION DAY/CITIZENSHIP DAY (SEP 17), HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL.
PRETAX FEHB EXCLUSION $    58.07

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

Exhibit 4

Case # 07-CV-4038·RS

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | |
| 2. Pay Date | 09/13/07 |
| 3. Name | ABOUELHASSAN MOHAMED H |
| 4. Pay Plan/Grade/Step | AD 00 00 |
| 5. Hourly/Daily Rate | 26.35 |
| 6. Basic OT Rate | 39.53 |
| 7. Basic Pay + Locality Adj = Adjusted Basic Pay | 54990.00 |
| 8. Soc Sec No | ###-##- |
| 9. Locality % | 30.33 |
| 10. FLSA Category | E |
| 11. SCD Leave | 04/03/06 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/05/08 |
| 14. Financial Institution - Net Pay | BANK OF AMERICA, N.A. |
| 15. Financial Institution - Allotment #1 | |
| 16. Financial Institution - Allotment #2 | |
| 17. Tax / Marital Status / Exemptions / Add'l | FED / CA |
| 18. Tax / Marital Status / Exemptions / Add'l / Taxing Authority | |
| 19. Cumulative Retirement | FERS: |
| 20. Military Deposit | |

### 21.

| Type | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2108.00 | 39823.20 |
| TAXABLE WAGES | 1973.70 | 37500.96 |
| NONTAXABLE WAGES | 134.30 | 2322.24 |
| TAX DEFERRED WAGES | | |
| DEDUCTIONS | 359.28 | 6691.52 |
| AEIC | | |
| NET PAY | 1748.72 | 33131.68 |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2108.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | X0 | 8.55 | 161.55 | FEGLI OPTNL | AB | 8.55 | 161.55 |
| FEHB | 105 | 134.30 | 2322.24 | MEDICARE | | 28.61 | 543.76 |
| OASDI | | 122.37 | 2325.06 | RETIRE, FERS | K | 16.86 | 318.52 |
| TAX, FEDERAL | | 35.83 | 680.83 | TAX, STATE | CA | 4.21 | 178.01 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 24.00 | 4.00 | 68.00 | | 19.00 | | 73.00 | |
| SICK | 29.00 | 4.00 | 68.00 | | 73.00 | | 24.00 | |
| TIME OFF AWD | 16.00 | | | | 16.00 | | | |
| HOLIDAY | | | | | 32.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.28 | 80.86 | FEHB | 321.89 | 5570.52 |
| MEDICARE | 28.61 | 543.76 | OASDI | 122.37 | 2325.06 |
| RETIRE, FERS | 236.10 | 4460.26 | TSP BASIC | 21.08 | 398.24 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS            - DEPARTMENT OF DEFENSE.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
COMMEMORATE CONSTITUTION DAY/CITIZENSHIP DAY, SEPT 17, HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL
PRETAX FEHB EXCLUSION $   134.30

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

Save | Print | Printer Friendly Version

Help | Main | Exit | Turn Off

View More 09/02/2006

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | |
| 2. Pay Date | 09/14/06 |
| 3. Name | WHITMER SVETLANA |
| 4. Pay Plan/Grade/Step | AD 00 00 |
| 5. Hourly/Daily Rate | 27.79 |
| 6. Basic OT Rate | 38.88 |
| 7. Basic Pay + Locality Adj = Adjusted Basic Pay | 58000.00 |
| 8. Soc Sec No | ***-**- |
| 9. Locality % | 28.68 |
| 10. FLSA Category | E |
| 11. SCD Leave | 03/27/06 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/06/07 |
| 14. Financial Institution - Net Pay | |
| 15. Financial Institution - Allotment #1 | |
| 16. Financial Institution - Allotment #2 | |
| 17. Tax Marital Status / Exemptions / Add'l | FED 0 / CA 0 |
| 18. Tax Marital Status / Exemptions / Add'l Taxing Authority | |
| 19. Cumulative Retirement FERS: | |
| 20. Military Deposit | |

### 21.
| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 1667.40 | 24387.36 |
| TAXABLE WAGES | 1448.44 | 22311.12 |
| NONTAXABLE WAGES | 135.59 | 1220.31 |
| TAX DEFERRED WAGES | 83.37 | 855.93 |
| DEDUCTIONS | 414.04 | 6763.68 |
| AEIC | | |
| NET PAY | 1253.36 | 18531.08 |

### 22. TSP DATA  5%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 60.00 | 1667.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| DEBT, ROUTINE | Q1 | | 907.40 | FEGLI | F5 | 9.00 | 108.00 |
| FEGLI OPTNL | AC | 1.65 | 16.50 | FEHB | 105 | 135.59 | 1220.31 |
| MEDICARE | | 22.21 | 335.92 | OASDI | | 94.98 | 1436.36 |
| RETIRE, FERS | K | 13.34 | 181.44 | TAX, FEDERAL | | 50.61 | 1396.07 |
| TAX, STATE | CA | 3.29 | 305.75 | TSP SAVINGS | | 83.37 | 855.93 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 40.00 | 16.00 | 40.00 | | | |
| SICK | | 4.00 | 40.00 | 4.00 | 32.00 | | | |
| HOLIDAY | | | | | 16.00 | | 8.00 | |
| LWOP | | | | 20.00 | 104.00 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS           - DEPARTMENT OF DEFENSE.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
CELEBRATE CONSTITUTION DAY/CITIZENSHIP DAY (SEP 17), HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL.
PRETAX FEHB EXCLUSION $  135.59

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

https://mypay.dfas.mil/LocalLes.aspx?AccessString=DCPSOMA~EMAIL&globalid=DN    9/11/2007



myPay

Page 1 of 2

**Smart Leave and Earnings Statement**

Save | Print | Printer Friendly Version | HTML Version

View More  09/01/2007

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | |
| 2. Pay Date | 09/13/07 |
| 3. Name | WHITMER SVETLANA |
| 4. Pay Plan/Grade/Step | AD .00 00 |
| 5. Hourly/Daily/Rate | 29.39 |
| 6. Basic/OT Rate | 40.05 |
| 7. Basic Pay + Locality Adj = Adjusted Basic Pay | 61,335.00  0.00  0.00 |
| 8. Soc Sec No | ***_** |
| 9. Locality % | 30.33 |
| 10. FLSA Category | E |
| 11. SCD Leave | 03/27/06 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/05/08 |
| 14. Financial Institution - Net Pay | |
| 15. Financial Institution - Allotment #1 | |
| 16. Financial Institution - Allotment #2 | |
| 17. Tax Marital Status / Exemptions / Add'l | FED / CA |
| 18. Tax Marital Status / Exemptions / Add'l / Taxing Authority | |
| 19. Cumulative Retirement FERS: | |
| 20. Military Deposit | |

### 21.
| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2,351.20 | 46,018.80 |
| TAXABLE WAGES | 2,035.09 | 40,151.43 |
| NONTAXABLE WAGES | 198.55 | 3,646.53 |
| TAX DEFERRED WAGES | 117.56 | 2,220.84 |
| DEDUCTIONS | 666.53 | 12,953.52 |
| AEIC | | |
| NET PAY | 1,684.67 | 33,065.28 |

22. TSP DATA  5%

### CURRENT EARNINGS
| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,351.20 | | | | | | |

### DEDUCTIONS
| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | F5 | 9.60 | 181.20 | FEGLI OPTNL | AC | 1.65 | 31.35 |
| FEHB | 105 | 134.30 | 2,554.28 | MEDICARE | | 31.22 | 614.40 |
| OASDI | | 133.46 | 2,627.08 | RETIRE, FERS | K | 18.81 | 355.35 |
| TAX, FEDERAL | | 131.51 | 2,728.93 | TAX, STATE | CA | 24.17 | 547.84 |
| TSP SAVINGS | | 117.56 | 2,220.84 | DENTAL | | 52.78 | 897.26 |
| VISION | | 11.47 | 194.99 | | | | |

### LEAVE
| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 12.00 | 4.00 | 68.00 | 8.00 | 48.00 | 0.00 | 32.00 | |
| SICK | 14.00 | 4.00 | 68.00 | 0.00 | 38.00 | 0.00 | 44.00 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU
| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.80 | 90.60 | FEHB | 321.89 | 6,104.29 |
| MEDICARE | 31.22 | 614.40 | OASDI | 133.46 | 2,627.08 |
| RETIRE, FERS | 263.33 | 4,974.61 | TSP BASIC | 23.51 | 444.13 |
| TSP MATCHING | 94.05 | 1,776.71 | | | |

### REMARKS
YOUR PAYROLL OFFICE ID NUMBER IS           - DEPARTMENT OF DEFENSE.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
COMMEMORATE CONSTITUTION DAY/CITIZENSHIP DAY, SEPT 17, HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL
NAME, SSN, DOB, OR MAILING ADDRESS CHANGED.
PRETAX FEHB EXCLUSION $   134.30

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It re Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/read

https://mypay.dfas.mil/MainMenu.aspx?AccessString=DCPSOMA~EMAIL&globalID=D          9/11/2007

Whitmer, Svetlana

**From:** Allison, Elena N.
**Sent:** Wednesday, July 25, 2007 9:06 AM
**To:** Whitmer, Svetlana
**Subject:** RE: A chance to visit Santa Clara

Thank you Svetlana, for the invitation.
Unfortunately, it is a bit far away for me, so I will not be coming.
But I wish you all the best in your new home!
Elena

Elena Levintova Allison
(831) 643-0234

-----Original Message-----
From: Whitmer, Svetlana
Sent:           , July      2007 12:55 PM
To: Allison, Elena N.; 'aleini13@comcast.net'; Abouelhassan, Mohamed; Aleinikov, Andrei; Janie Lee; Lee, Janie J; Lloyd, Gregory; Ma, Lili (FN); 'Mohamed Abouelhassan'; Oh, Chung Hee (FN)
Cc: Sarac, Branka (FN); Reneth@comcast.net; andreadams1974@yahoo.com; ildi@comcast.net; scottrollins1@gmail.com
Subject: A chance to visit Santa Clara

Hello everybody,

I would like to invite you all to my house warming party at my new place in Santa Clara.
I decided to do it this              (sorry for the late notice).

My address is:

Santa Clara, CA 95054

I hope you all can make it.

Would love to see you all,

Svetlana

P.S. Do not forget your dancing shoes:)

1

For use of this form see AR 690-400; the proponent agency is ACSIM&RA

## PART I – ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. POSITION TITLE, PAY PLAN, SERIES AND GRADE |
|---|---|---|
| ABOUELHASSAN, Mohamed | | Assistant Professor, AD 00 00 |
| d. ORGANIZATION | | e. REASON FOR SUBMISSION |
| ATFL-CD-WTE | | [X] ANNUAL [ ] SPECIAL [ ] INTERN |
| f. PERIOD COVERED (YYMMDD) | g. RATED MOS. | h. RATEE COPY (check one and date) |
| 060603 – 060930 | | [X] GIVEN TO RATEE [ ] FORWARDED TO RATEE |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
|---|---|---|
| Allison, Elena N. | Allison | 10/23/06 |
| GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT | | |
| Assistant Professor, ATFL-LC-WTE, Chief | | |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SIGNATURE | DATE |
| | | |
| GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT | | |
| c. NAME OF SENIOR RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
| Koppany, Steve | [signature] | Oct 23, 2006 |
| GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT | | |
| Dean, ATFL-CD | | |
| d. RATEE: I understand signature does not constitute agreement with the evaluation of the Senior Rater, and merely verifies Part I and Part... | SIGNATURE Mohamed AbouElhassan | DATE 11/08/06 |

## PART III – PERFORMANCE AWARD/QUALITY STEP INCREASE

| a. JS/SES AWARD... SALARY OFFICIAL | RECOMMENDATIONS | | | b. ST, SL, GM, GS, WS . PERFORMANCE AWARD/QSI |
|---|---|---|---|---|
| | RATING (1) | SALARY (2) YES / NO | PERFORMANCE AWARD BONUS (3) YES / NO | PERCENT OF SALARY (EXCLUDE Locality Pay) AMOUNT $ |
| RECOMM... | | | | QSI (GS WITH successful Level 1 Rating Only)-... weeks must have elapsed since last QSI |
| /E RATER | | | | TO (Grade/Step) |
| INTERVIEW BOARD | | | | AWARD APPROVED BY |
| PERFOR RATER | ES | $ | | DATE (YYMMDD) / FUND CITE |

## PART IV – DUTY DESCRIPTION (Rater)

...TIES AND SCOPE (To include as appropriate: people, equipment, facilities, and dollars). Position Description (DA Form 374) is correct

...D as Assistant Professor in the FPS system. Prepares materials for the W...
...S project and participates in other special projects as assigned. Collabo...
...culum Development (CD) projects. Keeps abreast of current developm...
...uage acquisition. Shares expertise with colleagues in CD. Promotes t...
...age of CD and DLI.

## PART V – VALUES (Rater)

| VALUES | BULLET COMMENTS |
|---|---|
| Loyalty | ■ Shows exceptional teamwork |
| Duty | ■ Technical expertise proved valuable fo... |
| Respect | ■ Suggested and executed a technical s... |
| Selfless Service | |
| Honor | |
| Integrity | |
| Personal Courage | |

DA FORM 7222, AUG 98           PREVIOUS EDITION IS ...

Exhibit 10, annual evu

c. LIST YOUR SIGNIFICANT CONTRIBUTIONS

Standard 1:

- I have designed, developed, and published 10 Learning Units (each 2 hours learner time) for use in Weekly Training Events (WTE), total of 20 hours, which is one unit more than the projected plan.
- I have observed maximum department-wide time frame of 70 hours developer time per 1 hr of learner time.

Standard 2:

- Used and adapted GLOSS learning objects as part of the WTE units I have developed.
- Created high quality LOs (activities, hints, feedback, Teacher's Notes that help the students to understand the lessons better)
- Created Cultural informational notes pertaining to the subject topics of the lessons and the language.

Standard 3:

- Adapted, edited and integrated listening items in my lessons, such as, news reports, radio programs, and talk shows.
- I have obtained information from the websites in accordance with the copyrights rules and CD division regulations.

*Mohamed AbouElhassan*  10/16/0
SIGNATURE AND DATE

---

**PART V – PERFORMANCE STANDARDS – SENIOR SYSTEM CIVILIAN POSITIONS**

To derive Objectives ratings, apply the applicable performance standards below; the standards are written at the SUCCESS level, e.g., Ratee, in most cases:

**TECHNICAL COMPETENCE.** Exhibits technical knowledge, skills, and abilities to get desired results within established time frames and with the appropriate level of supervision. Sets and meets realistic milestones. Establishes priorities that reflect mission and organizational needs. Plans so that adequate resources are available. Makes prompt and sound decisions.

**INNOVATION/INITIATIVE.** Develops and implements or suggests better ways of doing business—methods, equipment, processes, resources. Seeks/accepts developmental opportunities. Serves on professional/technical committees, writes technical papers, joins professional societies to enhance personal knowledge and advance state-of-the-art of profession.

**RESPONSIBILITY/ACCOUNTABILITY.** Uses resources prudently and for intended purposes. Complies with DA emphasis programs, e.g., quality assurance, personnel management, contract awards to small business concerns. Supports and encourages Total Army Quality (TAQ) approaches, e.g., team effort, continuous process/product improvement and customer satisfaction. Takes responsibility for personal errors, takes or proposes timely/adequate corrective measures. Establishes personal performance objectives that are challenging and reflect mission needs.

**WORKING RELATIONSHIPS.** Is an effective team player. Works well with group and others to get the job done. Exhibits a customer care attitude; e.g., shows respect to others; is courteous and seeks acceptable compromise in areas of difference.

**COMMUNICATION.** Provides or exchanges accurate/complete oral and written ideas and information in a timely manner. Listens effectively so that resultant actions show understanding of what was said. Coordinates so that all relevant individuals and functions are included in/informed of decisions and actions.

**FOR SUPERVISORY POSITIONS ONLY:**

**ORGANIZATIONAL MANAGEMENT AND LEADERSHIP.** Provides vision and communicates mission and organizational goals to all subordinates. Sets standard/leads by example. Implements/complies with appropriate DA emphasis programs. Secures/allocates/manages resources for effectiveness and efficiency. Takes timely and appropriate personnel actions. Develops subordinates through mentoring, counseling, providing challenging training and work assignments and timely performance evaluations. Recruits and retains high quality people by creating a positive environment that offers challenge and growth.

**EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION (EEO/AA).** Applies EEO principles to all aspects of personnel management (e.g., hiring, training, work assignments/schedules, discipline, counseling and awards). As appropriate, takes immediate corrective action if sexual harassment or other discriminatory/unfair treatment is observed, reported or suspected. Provides leadership and emphasis to the execution of the Affirmative Employment Plan. Participates in EEO/AA activities and encourages subordinates to do so.

Standard 4:
- Applied advanced computer resources and technologies for improving overall quality of my lessons, to reduce the time spent in developing a lesson by about 1 hour.
- I have developed and created the WTE pilot CD to promote and market our product to our clients in the East coast.
- I have created the auto launch program to make the WTE pilot CDs more user friendly and easier to navigate through for a user without any prior knowledge of computer usage.
- I have designed and printed the graphic CD sticker to make our CD look professional.
- I have been the point of help for all the WTE team members and other teams in technology, computers, and software applications that we use in producing our lesson unit, including Adobe Audition, LOG and MS Outlook.

Standard 5:
- Proofread and edited 3 lessons developed by other Arabic team members as part of exchanging LU to ensure best quality of lessons.
- I have worked closely with the English language editor and internal and external reviewers to ensure the best quality of my lessons and to ensure that the target language correctly corresponded to the English language instruction and notes.

Standard 6:
- Attended several workshops, such as: TAPES, Photo editing (Sabine Wolpers and Adam Mangum, text typology (Arabic), Text typology (James Drigin), An introduction to ILR Skill level Workshops (24 hr), Masha Ortenberg's (Academic Advisor) training sessions, Ethics, US Constitution Day course, AD Level I on-line, OPI testing workshop.
- I have volunteered in the Language Day which was sponsored and hosted by DLI, I have promoted the Arabic WTE lessons to the visitors and guests of the Arabic language booth. I have been awarded a certificate of appreciation for my efforts during that day.
- I have been a team-player and gave a presentation at one of our weekly team meetings in the month of June about using computer shortcuts, and tips for using the Generator.
- Giving presentations to several high officials of the NSA and other DoD departments and branches including Joni Pruit, Dean of Language Center at NSA, NCS colleagues, Ms. Love - USAF Deputy Senior Language Authority.

Standard 7:
- Co-operated and helped the team members in their computer and software problems, and helped in editing their lessons. I have demonstrated the spirit of cooperation by working with other teams in the CD division, such as audio recording for GLOSS team members, and discussing linguistic issues with the DA team members.
- At the request of my supervisor, I have spent 2 hours training Mrs. Piccari, Susanne, Chief of the Intermediate/Advanced Course Development in the CD division, in using the Learning Objects Generator software.

*Mohamed AbouElharoon*

| PERIOD COVERED (YYMMDD) | RATED NAME | SSN |
|---|---|---|
| 060403 - 060930 | ABOUELHASSAN, Mohamed | |

## PART VI – PERFORMANCE EVALUATION (Rater)

**a. PERFORMANCE DURING THIS RATING PERIOD**

Comparison of individual objectives against accomplishments and DA-established performance standards resulted in the following objectives ratings:

- [X] Excellence 75% or More Obj
- [ ] Excellence 25-74% Obj
- [ ] Success All or Excellence 1-24% Obj
- [ ] Needs Improvement 1 or More Obj
- [ ] Fails 1 or More Obj

Includes Excellence in Org Mgt/Ldshp **OR** EEO/AA

Obj for supv/mgr  [ ] Yes   [ ] No

**b. BULLET EXAMPLES**

1. Exceeded the plan for lesson development.
3. Found and shared with the team new sources of Arabic audio recordings
4. Suggested a number of improvements for WTE pilot Beta-version CDs and found a way to execute these suggestions technically. Could always be relied on to work extra hours to have the job done before an important deadline.
5. Working in close coordination with the English editor, in less than six months, enhanced the quality of his lessons so much that the editor has to spend only half the usual time editing his lessons.
6. Presented WTE Learning Units in Arabic to a number of officials from other DOD branches visiting CD Division
7. Helped a number of WTE team members with learning the more difficult features of the Learning Objects Generator and with audio recording technicalities. Gave a two-hour hands-on training in the use of LOG to the Chief of another CD department.

## PART VII – INTERMEDIATE RATER (Optional)

BULLET COMMENTS

## PART VIII – SENIOR RATER (if used) or RATER (no senior rater used)

OVERALL PERFORMANCE RATING

| | |
|---|---|
| [X] | |
| 2 | } SUCCESSFUL |
| 3 | |
| 4 | FAIR |
| 5 | UNSUCCESSFUL |

(**MUST** Have Senior Rater Review)

## PART IX – SENIOR RATER (if used)

BULLET COMMENTS *Performance/Potential)*

- Excellent team player
- WTE department's computer whiz

A complete DA Form 7222-1 was received with this Report and considered in my evaluation and review:

[X] Yes   [ ] No

REVERSED, DA FORM 7222, AUG 1998

USAPA V2.01

# SENIOR SYSTEM CIVILIAN EVALUATION REPORT CURRICULUM DEVELOPME

For use of this form, see AR 690-400; the proponent agency is ASA (M&RA)

## PART I – ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. POSITION TITLE, PAY PLAN, SERIES AND GRADE |
|---|---|---|
| WHITMER, Svetlana | | Assistant Professor, AD 00 00 |

| d. ORGANIZATION | e. REASON FOR SUBMISSION |
|---|---|
| ATFL-CD-WTE | [X] ANNUAL  [ ] SPECIAL  [ ] INTERN |

| f. PERIOD COVERED (YYMMDD) | g. RATED MOS. | h. RATEE COPY (check one and date) |
|---|---|---|
| 060327 -- 060930 | 6 | [ ] GIVEN TO RATEE  [ ] FORWARDED TO RATEE |

## PART II – AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
|---|---|---|
| Allison, Elena N. | eAllison | 10/23/06 |
| GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT | | |
| Assistant Professor, ATFL-LC-WTE, Chief | | |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SIGNATURE | DATE |
|---|---|---|
| | | |
| GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT | | |

| c. NAME OF SENIOR RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
|---|---|---|
| Koppany, Steve | [signature] | Oct 23, 2006 |
| GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT | | |
| Dean, ATFL-CD | | |

| d. RATEE: I understand my signature does not constitute agreement or disagreement with the evaluations of the Rater and Senior Rater, and merely verifies Part I and Part IV data. | SIGNATURE | DATE |
|---|---|---|
| | [signature] | 10/30/2006 |

## PART III – PERFORMANCE AWARD/QUALITY STEP INCREASE

| a. SES, AWARD, BONUS/ SALARY INCREASE | RECOMMENDATIONS | | | | b. ST, SL, GM, GS, WS, PERFORMANCE AWARD/QSI |
|---|---|---|---|---|---|
| | RATING (1) | SALARY (2) | | PERFORMANCE AWARD BONUS (3) | PERCENT OF SALARY (EXCLUDE) Locality Pay) __% (OR) |
| | | YES | NO | YES | NO | AMOUNT $ |
| RECOMMENDING OFFICIAL | | | | | | QSI (GS WITH successful Level 1 Rating Only)-minimum of 52 weeks must have elapsed since last QSI) |
| RATER | | | | | | TO (Grade/Step) |
| INTERMEDIATE RATER | | | | | | AWARD APPROVED BY |
| PERFORMANCE REVIEW BOARD | | | | | | |
| SENIOR RATER | | ES | | $ | | DATE (YYMMDD) | FUND CITE |

## PART IV – DUTY DESCRIPTION (Rater)

DAILY DUTIES AND SCOPE (To include as appropriate: people, equipment, facilities, and dollars). Position Description (DA Form 374) is correct: [ ] Yes  [ ] No

Serves as Assistant Professor in the FPS system. Prepares materials for the Weekly Training Events (WTE) project and participates in other special projects as assigned. Collaborates with other Curriculum Development (CD) projects. Keeps abreast of current developments in the field of second language acquisition. Shares expertise with colleagues in CD. Promotes the mission and professional image of CD and DLI.

## PART V – VALUES (Rater)

| VALUES | BULLET COMMENTS |
|---|---|
| Loyalty<br>Duty<br>Respect<br>Selfless Service<br>Honor<br>Integrity<br>Personal Courage | - Learns new skills quickly<br>- An excellent team player |

DA FORM 7222, AUG 98           PREVIOUS EDITION IS OBSOLETE.           USAPA V2.01

Exhibit 17, Case # 07-CV-4038RS

| PERIOD COVERED (YYMMDD) | RATEE'S NAME | SSN |
|---|---|---|
| 060327 -- 060930 | WHITMER, Svetlana | |

## PART VI – PERFORMANCE EVALUATION (Rater)

**a. PERFORMANCE DURING THIS RATING PERIOD**

Comparison of individual objectives against accomplishments and DA-established performance standards resulted in the following objectives ratings:

- [ ] Excellence 75% or More Obj
- [X] Excellence 25-74% Obj
- [ ] Success All or Excellence 1-24% Obj
- [ ] Needs Improvement 1 or More Obj
- [ ] Fails 1 or More Obj

Includes Excellence in Org Mgt/Ldshp OR EEO/AA

Obj for supv/mgr  [ ] Yes  [ ] No

**b. BULLET EXAMPLES**

1. Developed eight online learning units in much less time than required by department standards.

6. Has a strong background in language-teaching methodology, and continues to put in much effort to enhance her professionalism. Took multiple courses at MIIS; completed courses in Public Budgeting, Portfolio Preparation, and Teacher Education in spring; is now taking courses in Web Design and Intercultural Communication.

## PART VII – INTERMEDIATE RATER (Optional)

**BULLET COMMENTS**

## PART VIII – SENIOR RATER (if used) or RATER (no senior rater used)

OVERALL PERFORMANCE RATING

| 1 | |
|---|---|
| 2 | } SUCCESSFUL |
| 3 | |
| 4 | FAIR |
| 5 | UNSUCCESSFUL |

(MUST Have Senior Rater Review)

## PART IX – SENIOR RATER (if used)

BULLET COMMENTS Performance/Potential
- Efficient developer
- Shows great computer skills

A complete DA Form 7222-1 was received with this Report and considered in my evaluation and review:
[ ] Yes  [ ] No

REVERSED, DA FORM 7222, AUG 1998

USAPA V2.01

# SENIOR SYSTEM CIVILIAN EVALUATION REPORT SUPPORT FORM

For use of this form, see AR 690-400; the proponent agency is ASA(M&RA)

## PART I – RATEE IDENTIFICATION

| a. NAME OF RATEE (Last, First, Middle Initial) | b. PAY PLAN, SERIES/GRADE | c. ORGANIZATION/INSTALLATION |
|---|---|---|
| WHITMER, Svetlana | Assistant Professor | ATFL-LC-WTE |

## PART II – RATING CHAIN – YOUR RATING CHAIN FOR THE EVALUATION PERIOD IS:

| | NAME | POSITION |
|---|---|---|
| RATER | LEVINTOVA-ALLISON, Elena | WTE Coordinator, ATFL-LC |
| INTERMEDIATE RATER (Optional) | NA | |
| SENIOR RATER | KOPPANY, Steve | DEAN, ATFL-CD |

## PART III – VERIFICATION OF FACE-TO-FACE DISCUSSION

The following face-to-face discussions of duties, responsibilities, performance objectives, standards, and accomplishments for the rating period _ March 27, 2006 _ to _ September 30, 2006 _ took place:

| | DATES | RATEE INITIALS | RATER INITIALS | INTERMEDIATE RATER INITIALS | SENIOR RATER INITIALS (if used) | DATE |
|---|---|---|---|---|---|---|
| INITIAL | 5/2/2006 | SW | EA | | 5/5/06 | SK |
| MIDPOINT | 7/7/2006 | SW | EA | | | |

## PART IV – RATEE (Complete a, b, c below for this rating period)

**a. STATE YOUR SIGNIFICANT DUTIES AND RESPONSIBILITIES, DUTY TITLE IS:**

Serves as Assistant Professor in the FPS system. Prepares materials for the Weekly Training Events (WTE) project and participates in other special projects as assigned. Collaborates with other Curriculum Development (CD) projects. Keeps abreast of current developments in the field of second language acquisition. Shares expertise with colleagues in CD. Promotes the mission and professional image of CD and DLI.

**b. INDICATE YOUR MAJOR PERFORMANCE OBJECTIVES/INDIVIDUAL PERFORMANCE STANDARDS**

1. Designs, develops and publishes online Learning Units (LU) for use in Weekly Training Events (WTE), utilizing Learning Object Generator (LOG) authoring tool. Observes maximum department-wide timeframes of 60 hrs developer time per 1 hr of learner time (or 70 hrs developer time per 1 hr of learner time if processing audio file is involved).
2. Produces LUs of high quality in accordance with the department specifications. Uses and adapts GLOSS learning objects as part of WTE LUs and creates a variety of appropriate activities. Makes sure that each LU as well as each activity has objectives suitable for the working level. Includes appropriate cultural information and linguistic commentaries in each unit. Targets appropriate FLOs in each unit. Provides clear, methodologically adequate feedback geared towards the overall teaching goals of the LU.
3. Identifies and adapts reading and listening comprehension items (content objects) for LU development. Observes and promotes close adherence to all applicable copyright and intellectual property protection requirements.
4. Uses the provided computer resources (including LOG) to produce instructional materials according to the project's specifications and standards.
5. Ensures complete correlation between English and TL instructions, comments and explanations by working in close coordination with the English editor. Takes full responsibility for the TL quality control, ensures exchange of LUs for proofreading within the team.
6. Seeks and takes advantage of opportunities for professional and personal development. Keeps current with developments and innovations in the field of FL teaching, CD, and language assessment; otherwise contributes his/her expertise to the DLI mission (e.g. conducts OPIs, DA assessment interviews or text evaluation).
7. Fosters an environment of teamwork and encouragement; develops and exercises constructive interpersonal skills.