Plaintiff MOHAMED ABOUELHASSAN,
PRO SE

Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: alslanguage@gmail.com

**Filed**

OCT - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN<br>In PRO SE<br>*Plaintiff,*<br>v.<br>Elena Levintova Allison, Department of Defense, Defense Language Institute<br>*Defendants.* | Case No. 07-CV-4038 RS<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am a citizen of the United States; I am over 18 years of age; my address is 805 Borden Rae Ct, San Jose, CA 95117. I am self employed within the County of Santa Clara where this mailing occurred. On October 4, 2007, I served a true copy of the following document(s):

NOTICE TO AMEND THE EXHIBITS # 4, 7, 10, 17

EXHIBITS # 4, 7, 10, 17

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

_X___ **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be deposited in the United States mail at Santa Clara County, California.

1  ___ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the
2  addressee(s) designated.
3  ___ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to
4  the addressee(s) designated.
5  (SEE ATTACHED SERVICE LIST)
6  ___ **BY FACSIMILE:** I caused said documents(s) to be transmitted to the telephone number(s) of
7  the addressee(s) designated.

U.S. DISTRICT ATTORNEY
150 ALMADEN BLVD, SUITE 900,
SAN JOSE, CA 95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2007, at San Jose, California.

_____
Yelena Isayeva

PROOF OF SERVICE Case No. 07-CV-4038 RS -2