SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>　　　Plaintiff,<br><br>　v.<br><br>Elena Levintova Allison, Department of Defense, Defense Language Institute,<br><br>　　　Defendants. | Case No. C 07-4038 RS<br><br>DECLARATION OF MONICA ALTAMIRANO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS<br><br>Date: November 14, 2007<br>Time: 9:30 a.m.<br>Courtroom 4, 5th Floor<br>Honorable Richard Seeborg |

Case No. C07-4038 RS
Altamirano Declaration Re Motion To Dismiss

## DECLARATION OF MONICA ALTAMIRANO

1) I, Monica Altamirano, declare that I am an Equal Employment Specialist for the United States Army's Equal Employment Opportunity ("EEO") office located at the Presidio of Monterey, California and that I make the following three (3) page declaration in accordance with 28 U.S.C. § 1746. I am aware that this declaration may be filed in the United States District Court for the Northern District of California, and that this declaration is the legal equivalent of a statement under oath. I make this declaration based on my own personal knowledge as well as on information available to me in my official capacity. If called as a witness I would be competent to testify to the following facts:

2) I am currently employed as an Equal Employment Specialist in the Equal Employment Opportunity Office at the Presidio of Monterey (POM) and U.S. Army Defense Language Institute Foreign Language Center (DLIFLC), Monterey, CA. I have held the position since April 2000. There are only two full time employees in the POM and DLIFLC EEO office, Ms. Paulette Walker and myself. The position of EEO Manager for this office is currently vacant.

3) In my capacity as an EEO Specialist, I am responsible for receiving, tracking and maintaining the EEO files for employees located at the POM and DLIFLC who file informal and formal EEO complaints pursuant to 29 C.F.R. § 1614.101 *et seq.*, regarding Federal Sector Equal Employment Opportunity. I am the Custodian of Records for the POM and DLIFLC EEO Office.

4) Employees are required to initiate contact with an EEO counselor within 45 days of any alleged discriminatory event in accordance with 29 C.F.R. § 1614.105(a)(1). There are posters located throughout all the POM and DLIFLC workplaces indicating the names and telephone numbers for the EEO Counselors. In addition, all new POM and DLIFLC employees are provided a copy of the poster containing the names and telephone numbers of the EEO Counselors. This is required training for all new employees.

5) If informal counseling does not resolve the employee's concerns, the employee is issued a Notice of Final Interview required by 29 C.F.R. § 1614.105(d).

6) After being issued the Notice of Final Interview, an employee must file a formal EEO complaint within 15 days as required by 29 C.F.R. § 1614.106.

7) I have reviewed the EEO informal intake directory and the formal EEO files located in our office to determine whether Mr. Mohammed Abouelhassan has either initiated contact with an EEO counselor or whether he has filed a formal EEO complaint at any point between April of 2006 and the date on which this declaration is signed. There is no record that Mr. Abouelhassan has initiated contact with an EEO counselor, nor is there any record of Mr. Abouelhassan filing a formal EEO complaint with this office. I am very familiar with the complaints of discrimination that have been filed by POM and DLIFLC employees. I have never heard Mr. Abouelhassan's name in connection with a compliant of discrimination until I was informed that he had filed an action in federal district court alleging discrimination.

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge.

Executed this 3rd day of October, 2007.

*M Altamirano*
MONICA ALTAMIRANO
EEO SPECIALIST