SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

*E-FILED 10/22/07*

   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan, | Case No. C 07-4038 RS |
|    Plaintiff, | **STIPULATION AND [PROPOSED] ORDER] CONTINUING HEARING ON MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE, AND RELATED DATES AND DEADLINES** |
| v. | |
| Elena Levintova Allison, Department of Defense, Defense Language Institute, | |
|    Defendants. | MODIFIED BY THE COURT |

    This is an employment discrimination case. The Federal Defendants filed a motion to dismiss, which is scheduled for hearing on November 14, 2007. Plaintiff has requested additional time to prepare and file his opposition to the motion, and defendants do not object to such an extension. The initial case management conference is scheduled for November 28, 2007.

    Plaintiff and his employer are currently engaged in discussions that may lead to the settlement of this case. Accordingly, in order to allow for those discussions to take place, and to allow Mr. Abouelhassan sufficient time to complete his opposition to the motion, if necessary, the parties hereby STIPULATE AND REQUEST that the Court vacate the currently scheduled case management conference and related deadlines and instead order the following schedule for this case:

| | | |
|---|---|---|
| 1 | November 14, 2007 | Plaintiff's opposition to defendants' motion due |
| 2 | November 21, 2007 | Defendants' reply re motion due |
| 3 | ~~December 5, 2007~~ 12/19/07 | Hearing on defendants' motion to dismiss |
| 4-5 | ~~December 19, 2007~~ 1/2/08 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 6-7 | ~~January 2, 2008~~ 1/16/08 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; last day to file Case Management Statement |
| 8-9 | January 23, 2008 at ~~January 9, 2008,~~ 2:30 p.m. | Case Management Conference |

Respectfully submitted,

DATED: October 22, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: October 22, 2007

/s/
_____
MOHAMED ABOUELHASSAN
Plaintiff In Pro Per

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: __October 22_____, 2007   _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE