SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>    Plaintiff,<br><br>  v.<br><br>Elena Levintova Allison, Department of Defense, Defense Language Institute,<br><br>    Defendants. | Case No. C 07-4038 RS<br><br>**STIPULATION AND [PROPOSED] ORDER] CONTINUING HEARING ON MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE, AND RELATED DATES AND DEADLINES** |

     This is an employment discrimination case. The Federal Defendants filed a motion to dismiss, which, after a previous continuance, is scheduled for hearing on December 19, 2007. The initial case management conference is scheduled for January 23, 2008.

     Plaintiff is in the process of retaining Mark Malachowski as legal counsel in this case. Mr. Malachowski needs time to familiarize himself with the case and prepare plaintiff's opposition to defendant's motion to dismiss. Also, Mr. Malachowski has previously purchased airline tickets for travel outside of the United States (Ukraine) for December 17, 2007 through January 9, 2008, and will be unavailable as counsel during that time. Defendant's counsel also has multiple out of town commitments over the next several weeks.

     In addition, Plaintiff and his employer are currently engaged in discussions that may lead to the settlement of this case. Accordingly, in order to allow Mr. Malachowski sufficient time to

-1-

familiarize himself with the case, complete his opposition to defendant's motion, and to allow for counsels' various travel plans, the parties hereby STIPULATE AND REQUEST that the Court vacate the currently scheduled case management conference and related deadlines and instead order the following schedule for this case:

| | |
|---|---|
| December 12, 2007 | Plaintiff's opposition to defendants' motion due |
| January 2, 2008 | Defendants' reply re motion due |
| January 16, 2008 | Hearing on defendants' motion to dismiss |
| January 23, 2008 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| January 30, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; last day to file Case Management Statement |
| February 6, 2008, 2:30 p.m. | Case Management Conference |

Respectfully submitted,

DATED: November 6, 2007      SCOTT N. SCHOOLS
United States Attorney

/s/
_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: November 6, 2007

/s/
_____
MARK MALACHOWSKI
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2007    _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Case No. C07-4038 RS
Stipulation re Extensions of Time; Proposed Order      -2-