Mark Malachowski (CSBN 242696)
760 Market Street, Suite 947
San Francisco, CA 94102
Tel: 415/983-0717
Fax: 415/986-8068
Email: mark@marklawsf.com
Attorney for Plaintiff, Mohamed Abouelhassan

Filed
NOV 0 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>  Plaintiff,<br><br>  v.<br><br>Elena Levintova Allison, Department of Defense, Defense Language Institute,<br><br>  Defendants. | Case No. C 07-4038 RS<br><br>Substitution of Attorney |

TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION:

COMES NOW Mohamed Abouelhassan, 805 Bordenraye Court, San Jose, CA 95117, and substitutes Mark Malachowski, 760 Market St., Suite 947, San Francisco, CA 94102 as his Attorney of Record in the above-entitled matter.

Dated: 11/7/07         Signed: /s/ Mohamed Abouelhassan
                               Mohamed Abouelhassan

Dated: 11/7/07         Signed: /s/ Mark Malachowski
                               Mark Malachowski

## PROOF OF SERVICE

I, Mark Malachowski, state that I am and was at all times herein mentioned, a resident of Santa Clara County, over the age of eighteen and not a party to the within action or proceeding; that my business address is 760 Market Street, Suite 947, San Francisco, CA 94102; and that I served the following:

**Substitution of Attorney – Mohamed Abouelhassan v DLI**

on the parties in said action by depositing a true and correct copy thereof in person to:

Claire T. Cormier

Assistant United States Attorney

150 Almaden Blvd., Ste. 900

San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed:

*/s/ Mark Malachowski*

Mark Malachowski

Dated:

11/8/07

abouelhassan.sub.att.pos.3