Mark Malachowski (CSBN 242696)
Attorney at Law

760 Market Street, Suite 947
San Francisco, CA 94102
Telephone: (415) 983 – 0717
FAX: (415) 986 – 8068
mark@marklawsf.com

*E-FILED 11/30/07*

Attorney for Mohamed Abouelhassan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>    Plaintiff,<br><br>    v.<br><br>Elena Levintova Allison, Department of Defense, Defense Language Instiute,<br><br>    Defendants. | Case No. C 07-4038 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING DEADLINES AND**<br>**CASE MANAGEMENT CONFERENCE** |

    Defendants Elena Levintova Allison, Department of Defense, Defense Language Institute and United States of America filed a motion to dismiss, which is scheduled for hearing on January 16, 2008. The initial case management conference for this case is currently scheduled to take place on February 6, 2008. Plaintiffs' counsel has advised defendants that plaintiff intends to file an amended complaint in order to address some of the issues raised in defendants' motion to dismiss. If such an amended complaint is filed as scheduled below, defendants will withdraw their current motion to dismiss, without prejudice to a possible subsequent motion to dismiss the amended complaint.

    The parties hereby STIPULATE AND REQUEST that the Court vacate the currently scheduled case management conference and related deadlines and instead order the following schedule for this case:

| | |
|---|---|
| December 4, 2007 | Plaintiffs to file amended complaint |
| January 16, 2008 | Defendants' answer, motion, or other response to amended complaint due |
| March 5, 2008 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR <u>Phone</u> Conference |
| March 19, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; last day to file Case Management Statement |
| March 26, 2008, 2:30 p.m. | Case Management Conference |

Respectfully submitted,

DATED: November 17 , 2007

_____/s/_____
MARK T. MALACHOWSKI
Attorney at Law

DATED: November 15, 2007

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
CLAIRE T. CORMIER
Assistant United States Attorney

## [<s>PROPOSED</s>] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: \_\_\_November 30_____, 2007           _____
                                                                                                    RICHARD SEEBORG
                                                                                                    UNITED STATES MAGISTRATE JUDGE

Case No. C07-4038 RS
Stipulation re Extensions of Time; Proposed Order