# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Mohamed Abouelhassan,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-4038 RS

V.

The United States of America (U.S. Government), Donald C. Fischer, Jr., Civilian Leader of the Defense Language Institute, Presidio of Monterey, Department of Defense, Elena Levintova Allison, Defense Language Institute, Department of Defense,

TO: (Name and address of defendant)

Scott N. Schools (SCBN 9990), United States Attorney
Claire T. Comier (CSBN 154364), Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose CA 95113

*Filed*
*DEC 0 4 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Malachowski (CSBN 242696)
Malachowski and Associates
760 Market Street, Suite 947
San Francisco, CA 94102

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  DEC 0 4 2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 12/4/07

Name of SERVER: MARK MALACHOWSKI

TITLE: Attorney

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

1500 ALMADEN BLVD., STE. 900
SAN JOSE, CA 95113

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/4/07
Date

Signature of Server: Mark Mal[...]

Address of Server: 760 MARKET ST, STE 947
SAN FRANCISCO, CA 94102

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure