JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>   Plaintiff,<br><br>v.<br><br>Elena Levintova Allison, Department of Defense, Defense Language Institute,<br><br>   Defendants. | Case No. C 07-4038 RS<br><br>DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS<br><br>Date: January 16, 2008<br>Time: 9:30 a.m.<br>Courtroom 4, 5th Floor<br>Honorable Richard Seeborg |

Pursuant to the stipulation of the parties, and in light of plaintiff's filing of an amended complaint in this action, defendants hereby withdraw their motion to dismiss, which had been scheduled for hearing on January 16, 2008. This is without prejudice to defendants' ability to bring a subsequent motion relating to the amended complaint.

                                       Respectfully submitted,

DATED: January 4, 2008               JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                                          /s/
                                                 CLAIRE T. CORMIER
                                             Assistant United States Attorney