Mark Malachowski (CSBN 242696)
Malachowski and Associates
760 Market Street, Suite 947
San Francisco, CA 94102
Telephone: (415) 983 – 0717
FAX: (415) 986 – 8068
mark@marklawsf.com

Attorney for the Plaintiff Mohamed Abouelhassan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>   Plaintiff,<br><br>   v.<br><br>The United States, Donald C. Fischer, Jr., Civilian Leader of the Defense Language Institute, Presidio of Monterey, Department of Defense, Elena Levintova Allison, Defense Language Institute, Department of Defense, and DOES 1-20<br><br>   Defendants. | Case No. C 07-4038 RS<br><br>**DECLARATION OF MOHAMED ABOUELHASSAN IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: February 27, 2008<br>Time: 9:30 a.m.<br>Courtroom 4, 5th Floor<br>Hon Richard Seeborg |

DECLARATION OF MOHAMED ABOUELHASSAN

I, MOHAMED ABOUELHASSAN, state:

Case No. C07-4038 RS
DECLARATION OF MOHAMED ABOUELHASSAN IN OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT

- 1 -

1. My name is MOHAMED ABOUELHASSAN. I am over 18 years of age. I reside at 805 Bordenraye Court in San Jose, CA. I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. To my knowledge, all of the facts stated in this Declaration are true and correct.

2. I am the plaintiff in this matter. I make this affidavit in opposition to Defendants' Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6).

3. I make this declaration to ensure that this court has jurisdiction to hear my Equal Pay Act claims under the Little Tucker Act 28 U.S.C.S. § 1346(a)(2).

4. I filed my First Amended Complaint on December 3, 2007, against the United States of America, and Donald C. Fischer, Jr. and Elena Levintova Allison, in their official capacities as supervisors at the Defense Language Institute (hereinafter "DLl").

5. I raised various allegations of discrimination. Specifically, I alleged: (l) a violation of the Equal Pay of Act of 1963 (hereinafter "EPA") when I was hired at a lower salary than a female colleague; (2) that Ms. Allison retaliated against me in violation of the Fair Labor Standards Act (hereinafter "FLSA") when I was given an allegedly poor performance review in October of 2007; (3) that Ms. Allison intentionally inflicted emotional distress upon me by making disparaging remarks about Arabs and by revoking my work at home agreement; and (4) that Ms. Allison violated the "Equal Protection Component of the Due Process Clause of the Fifth Amendment of the U.S. Constitution" when she denied me the ability to work from home, gave me an "adverse" performance rating.

6. I faced continuing and ongoing discrimination since the first day of his employment. I was hired with an annual salary of $52,000. One week prior to my employment, the DLI hired a Russian interpreter (linguist), Svetlana Witmer, at an annual salary of $58,000.

Case No. C07-4038 RS
DECLARATION OF MOHAMED ABOUELHASSAN IN OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT

- 2 -

7. Witmer was hired at the same rank and for the same team as I was. Her job requires the same equal skill, effort, and responsibility as does my job and both jobs are performed under similar working conditions. Despite this, Ms. Witmer earns $6,000 more per year than I.

8. This $500 deferential in monthly pay, due to my sex, over a period of approximately 20 months, damaged me in the amount of approximately $10,000.

9. I make this declaration to disclaim any damages over $10,000 that I may be entitled to under the Equal Pay Act.

10. I herby disclaim any damages over $10,000 that I may recover in this action under my Equal Pay Act claims.

11. I am only disclaiming damages that may be entitled to under the Equal Pay Act.  I am not disclaiming damages under any other cause of action.

I declare under penalty of perjury that the foregoing Declaration is true and correct. I have executed this Declaration on January 28, 2008, at Cupertino, CA.

_____/s/_____

Mohamed Abouelhassan

Case No. C07-4038 RS
DECLARATION OF MOHAMED ABOUELHASSAN IN OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT

- 3 -