JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan, ) | Case No. C 07-4038 RS |
|    Plaintiff, ) | DEFENDANTS' POST-HEARING BRIEFING RE *DAVIS v. PASSMAN* |
| v. ) | |
| The United States of America, Donald Fischer, Jr.; Elena Levintova Allison, ) | Date: February 27, 2008<br>Time: 9:30 a.m.<br>Courtroom 4, 5th Floor<br>Honorable Richard Seeborg |
|    Defendants. ) | |

During the hearing on defendants' motion to dismiss, plaintiff's counsel cited to *Davis v. Passman*, 442 U.S., 228 (1979), in support of plaintiff's constitutional claim. The Court invited defendants to respond.

The plaintiff in *Davis* was a Congressional aide. As noted by the Supreme Court in *Davis*, Title VII did not cover such employees. Accordingly, Title VII is not the exclusive remedy for employees not covered by the statute. 442 U.S. 247 and n. 26, citing *Brown v. GSA*, 425 U.S. 820 (1976). The Supreme Court noted that "were Congress to create equally effective alternative remedies, the need for damages relief might be obviated." *Id*. at 248.

Here, plaintiff clearly had the remedies of Title VII available to him, as previously discussed in defendants' motion papers. His constitutional claim is preempted by Title VII and should be dismissed with prejudice and without leave to amend.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: February 27, 2008 | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |

 /s/ Claire T. Cormier
CLAIRE T. CORMIER
Assistant United States Attorney