JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan, | Case No. C 07-4038 RS |
|    Plaintiff, | **STIPULATION AND [PROPOSED] ORDER] SELECTING ADR PROCESS** |
| v. | |
| The United States of America, Donald Fischer, Jr.; Elena Levintova Allison, | |
|    Defendants. | |

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in Court-sponsored mediation, pursuant to ADR L.R. 6.

     The parties note that, due to defendants' pending motion to dismiss, defendants have not yet been required to answer the complaint in this action. Therefore, the parties request that the deadline for participating in the mediation be deferred until 120 days after the filing of defendants' answer.

     IT IS SO STIPULATED.

//

//

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: March 6, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/ Claire T. Cormier[1] |
| | CLAIRE T. CORMIER<br>Assistant United States Attorney |
| DATED: March 6, 2008 | |
| | /s/ |
| | MARK MALACHOWSKI<br>Attorney for Plaintiff |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the captioned matter is hereby referred to the Court's mediation program. The deadline for the mediation session will be 120 days after the filing of defendants' answer. IT IS SO ORDERED.

DATED: _____, 2008     _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.