1   JOSEPH P. RUSSONIELLO (CBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)                    *E-FILED 3/14/08*
    Chief, Civil Division
3   CLAIRE T. CORMIER (CSBN 154364)
    Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       Claire.Cormier@usdoj.gov
7
    Attorneys for Federal Defendants
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

Mohamed Abouelhassan,              )    Case No. C 07-4038 RS
13                                 )
        Plaintiff,                 )    **STIPULATION AND [~~PROPOSED~~]**
14                                 )    **ORDER SELECTING ADR PROCESS**
      v.                           )
15                                 )
The United States of America, Donald )
16  Fischer, Jr.; Elena Levintova Allison,  )
                                   )
17       Defendants.               )

18

19       Counsel report that they have met and conferred regarding ADR and have reached the

20   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.  The parties agree to

21   participate in Court-sponsored mediation, pursuant to ADR L.R. 6.

22       The parties note that, due to defendants' pending motion to dismiss, defendants have not

23   yet been required to answer the complaint in this action.  Therefore, the parties request that the

24   deadline for participating in the mediation be deferred until 120 days after the filing of

25   defendants' answer.

26       IT IS SO STIPULATED.

27   //

28   //

-1-

1

2    DATED: March 6, 2008

3

4

5

6    DATED: March 6, 2008

7

8

9

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier[1]
_____
CLAIRE T. CORMIER
Assistant United States Attorney


/s/
_____
MARK MALACHOWSKI
Attorney for Plaintiff

10

11                          [PROPOSED] ORDER

12        Pursuant to the stipulation of the parties, the captioned matter is hereby referred to the

13   Court's mediation program.  The deadline for the mediation session will be 120 days after the

14   filing of defendants' answer.  IT IS SO ORDERED.

15

16
     DATED: ___March 14, 2008___, 2008
17                                          RICHARD SEEBORG
                                            UNITED STATES MAGISTRATE  JUDGE
18

19

20

21

22

23

24

25

26

27   _____

28        [1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any
     signatures indicated by a "conformed" signature (/s/) within this e-filed document.