**\*E-FILED\***
**March 20, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABOUELHASSAN, | No. C 07-04038 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for March 26, 2008 at 2:30 p.m. has been continued to **May 21, 2008 at 2:30 p.m.**  The parties shall file an updated joint Case Management Conference Statement no later than May 14, 2008

Dated: March 20, 2008

        For the Court,
        RICHARD W. WEIKING, Clerk

        By:   /s/ Martha Parker Brown
                 Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Mohamed Abouelhassan    alslanguage@gmail.com

Claire T. Cormier    claire.cormier@usdoj.gov

Mark Tad Malachowski    mark@marklawsf.com