1

2

Mark Malachowski (CSBN 242696)
Attorney at Law

3

4

760 Market Street, Suite 947
San Francisco, CA 94102
Telephone: (415) 983 – 0717
FAX: (415) 986 – 8068
mark@marklawsf.com

5

6

Attorney for Mohamed Abouelhassan

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

Mohamed Abouelhassan,

        )

Case No. C 07-4038 RS

13

     Plaintiff,

14

   v.

15

Elena Levintova Allison, Department of
Defense,    Defense Language Institute,

16

17

      Defendants.

**STIPULATION AND [PROPOSED]
ORDER CONTINUING DEADLINES
AND CASE MANAGEMENT
CONFERENCE**

18

_____

19

20

     The Case Management Conference for this Case is scheduled for May 21, 2008. Due to a

21

conflict in the Plaintiff Counsel's schedule,  Plaintiffs and Defendant counsel stipulate to

22

respectfully request that  the Court to reset the Case Management Conference from May 21,

23

2008 to May 28, 2008.  Plaintiff's counsel has a trial scheduled beginning May 20, 2008 in the

24

25

1   Superior Court of California, County of San Joaquin: Case:  *The People of the State of California*

2   *v. Garske*, Case Number:  TM111623A.

3           The parties hereby STIPULATE AND REQUEST that the Court vacate the currently

4   scheduled Case Management Conference and instead order the following date: May 28, 2008.

5

6

7                                                       Respectfully submitted,

8

9                                                            /s/
                                                        MARK T. MALACHOWSKI
    DATED:  March 28, 2008                              Attorney at Law

10

11                                                      JOSEPH P. RUSSONIELLIO
    DATED: March 28, 2008                               United States Attorney

12

13                                                           /s/
                                                        CLAIRE T. CORMIER

14                                                      Assistant United States Attorney

15

16                              **[PROPOSED] ORDER**

17           Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

18

19   DATED: _____, 2007

20                                                      _____
                                                        RICHARD SEEBORG

21                                                      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

Case No. C07-4038 RS
Stipulation re Extensions of Time; Proposed Order
_____

abouelhassan.stip.continue.cmc.3