1   Mark Malachowski (CSBN 242696)
    Attorney at Law                                    *E-FILED 3/31/08*
2

3       760 Market Street, Suite 947
        San Francisco, CA 94102
4       Telephone: (415) 983 – 0717
        FAX: (415) 986 – 8068
5       mark@marklawsf.com

6   Attorney for Mohamed Abouelhassan

7

8                       UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11
                                        )
12  Mohamed Abouelhassan,               )      Case No. C 07-4038 RS
                                        )
13          Plaintiff,                  )      **STIPULATION AND [PROPOSED]**
                                        )      **ORDER CONTINUING DEADLINES**
14      v.                              )      **AND CASE MANAGEMENT**
                                        )      **CONFERENCE**
15  Elena Levintova Allison, Department of )
    Defense,    Defense Language Institute, )
16                                      )
                                        )
17          Defendants.                 )

18  _____

19

20          The Case Management Conference for this Case is scheduled for May 21, 2008. Due to a

21  conflict in the Plaintiff Counsel's schedule,  Plaintiffs and Defendant counsel stipulate to

22  respectfully request that  the Court to reset the Case Management Conference from May 21,

23  2008 to May 28, 2008.  Plaintiff's counsel has a trial scheduled beginning May 20, 2008 in the

24

25

Case No. C07-4038 RS
Stipulation re Extensions of Time; Proposed Order
_____
abouelhassan.stip.continue.cmc.3

1    Superior Court of California, County of San Joaquin: Case:  *The People of the State of California*

2    *v. Garske*, Case Number:  TM111623A.

3            The parties hereby STIPULATE AND REQUEST that the Court vacate the currently

4    scheduled Case Management Conference and instead order the following date: May 28, 2008.

5

6

7

8                                                        Respectfully submitted,

9                                                        /s/
                                                         MARK T. MALACHOWSKI
     DATED:  March 28, 2008                              Attorney at Law

10

11                                                       JOSEPH P. RUSSONIELLIO
     DATED: March 28, 2008                               United States Attorney

12

13                                                       /s/
                                                         CLAIRE T. CORMIER
14                                                       Assistant United States Attorney

15

16                                **[PROPOSED] ORDER**

17            Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

18

19    DATED: _____, 2007        March 31

20                                                       _____
                                                         RICHARD SEEBORG
21                                                       UNITED STATES MAGISTRATE JUDGE

22

23

24

25

Case No. C07-4038 RS
Stipulation re Extensions of Time; Proposed Order
_____

abouelhassan.stip.continue.cmc.3