*E-FILED 5/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN, | No. C 07-04038 RS |
| Plaintiff, | |
| v. | CASE MANAGEMENT SCHEDULING ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

A Case Management Conference was held May 28, 2008.

A further case management conference shall be held on **August 6, 2008 at 2:30 p.m.** An updated joint case management conference statement shall be filed no later than July 30, 2008.

**IT IS SO ORDERED.**

DATED: May 28, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

CASE MANAGEMENT SCHEDULING ORDER

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Mohamed Abouelhassan    alslanguage@gmail.com

Claire T. Cormier    claire.cormier@usdoj.gov

Mark Tad Malachowski    mark@marklawsf.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: May 28, 2008

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg