1  MARK MALACHOWSKI    SBN 242696
   LAW OFFICE OF
2  MALACHOWSKI & ASSOCIATES
   760 Market Street, Suite 947
3  San Francisco, CA 94102

4  Phone:  415 983-0717
   Fax:  415 986-8068

5  Attorney for Plaintiff Mohamed Abouelhassan

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12  Mohamed Abouelhassan,              )
                                        )   **Case No. RG08377916**
13                                      )
                                        )
14        Plaintiff,                    )   **PROOF OF SERVICE**
      v.                                )   **STANDING ORDER RE: INITIAL CASE**
15                                      )   **MANAGEMENT**
                                        )
16  The United States, Elena Levintova  )
    Allison, Defense Language Institute )
17                                      )
          Defendants
18  _____

19

aboelhassan.proof.of.service.initial.cms.1                                    1

PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to the within entitled action. I am employed in the County of San Francisco. On this date, I served the following document(s):

**STANDING ORDER RE: INITIAL CASE MANAGEMENT**

On the parties specified below:

Claire Cormier
150 Alamaden Blvd, Suite 900
San Jose, CA 95113

____   By placing for collection and mailing, following ordinary business practices at my place of business, a true and correct copy thereof, in a sealed envelope with postage thereon fully prepaid, and addressed as set forth below.

__X_   By personal service on the parties to this action by causing a true and correct copy thereof to be hand delivered to the offices or addresses of the person(s) set forth below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2008 at San Francisco, California.


_____/s/_____
      Mark Malachowski

aboelhassan.proof.of.service.initial.cms.1

2