UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 10 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   NOT REPORTED                              DATE:        5/28/08
COURTROOM DEPUTY:   MARTHA PARKER BROWN
                                                           CASE #:    C 07-04038RS

CASE TITLE:    MOHAMED ABOUELHASSAN        VS.      ELENA LEVINTOVA ALLISON, ET AL

**Appearances for Plaintiff(s)**                 **Appearances for Defendant(s)**

  **MARK MALACHOWSKI**                             **CLAIRE CORMIER**

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}  CMC   { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }    { }    { }   1._____
{ }    { }    { }   2._____
{ }    { }    { }   3._____
{ }    { }    { }   4._____

DISPOSITION of TODAY'S PROCEEDINGS

**[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED        [   ] SUBMITTED        [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  {   } Cont'd to:                @                    For

**ORDER TO BE PREPARED BY:**      [  ]PLTF;     [  ]DEFT;     [  ]COURT
Additional Comments:_____

  CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:_____          Copies to:_____    _____    _____