Mark Malachowski (CSBN 242696)
Attorney at Law

760 Market Street, Suite 947
San Francisco, CA 94102
Telephone: (415) 983 – 0717
FAX: (415) 986 – 8068
mark@marklawsf.com

Attorney for Mohamed Abouelhassan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan, | Case No. C 07-4038 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR STAY OF ACTION** |
| v. | |
| The United States of America (U.S. Government), Elena Levintova Allison, Defense Language Institute, Department of Defense, | |
| Defendants. | |

Plaintiff Mohamed Abouelhassan in stipulation with the Defendant counsel respectfully requests for stay of action for the next 14 months. The plaintiff requests for stay due to the nature of his job that requires him to travel overseas. Plaintiff is employed in Iraq and has to stay there for that time period.

Case No. C07-4038 RS
Stipulation re Stay of Action; Proposed Order

_____

abouelhassan.stip.stay.of.action.1.1

Respectfully submitted,

/s/
MARK T. MALACHOWSKI
DATED:  July 17, 2008                Attorney at Law


JOSEPH P. RUSSONIELLIO
DATED: July 17, 2008                 United States Attorney


/s/
CLAIRE T. CORMIER
Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2008

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Case No. C07-4038 RS
Stipulation re Stay of Action; Proposed Order

abouelhassan.stip.stay.of.action.1.1