*E-Filed 9/13/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN, | NO. C 07-4038 RS |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, on July 18, 2008 this action was stayed for a period of 14 months, in light of plaintiff's employment in Iraq. That stay expired by its terms in November of 2009, but there has been no further activity in this action since that time. Accordingly, good cause appearing, within 10 days of the date of this order, plaintiff shall file a declaration or declarations showing cause, if any, why this action should not be dismissed for lack of prosecution. If plaintiff elects not to respond, the action will be dismissed.[1]

IT IS SO ORDERED.

Dated: 9/13/10

RICHARD SEEBORG
United States District Judge

---

[1] A similar order to show cause is being issued in the related case, C 08-3774 RS.

1