℅AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Mohamed Abouelhassan
             Plaintiff (s),
   V.
US Government et al
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 07-4038 RS

Notice is hereby given that, subject to approval by the court, **Mohamed Abouelhassan** substitutes
(Party (s) Name)

**Mohamed Abouelhassan - Pro Se**, State Bar No. **N/A** as counsel of record in
(Name of New Attorney)

place of **Mark Malachowski**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:    Mohamed Abouelhassan - Pro Se
   Address:    1161 Westbury Circle, Apt. 8, Lansing, MI 48917
   Telephone:    (510) 501-1800    Facsimile
   E-Mail (Optional):    egyptusa76@msn.com

I consent to the above substitution.
Date: 10/1/2010
(Signature of Party (s))

I consent to being substituted.
Date:
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/1/2010
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10-5-10
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]