MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> Elena Levintova Allison, Department of ) <br> Defense, Defense Language Institute, ) <br> ) <br>    Defendants. ) | Case No. C 07-4038 RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br> AS MODIFIED BY THE COURT |

     This case is currently scheduled for a case management conference on October 21, 2010.

     The plaintiff in this case and a related case (*Mohamed Abouelhassan v. United States, et al.*, Case No. C 08-03774 RS), has recently substituted himself in propria persona in place of his attorney. The parties have begun settlement discussions to see if this case can be resolved without further litigation.

     In order to allow some time for settlement discussions, and to allow plaintiff time to assess the status of the cases, the parties HEREBY STIPULATE AND REQUEST that the case management conference for both related cases be continued to ~~November 18, 2010.~~
                                                                     December 9, 2010

//

//

IT IS SO STIPULATED.

|  | Respectfully submitted, |
|---|---|
| DATED: October 8, 2010 | MELINDA HAAG<br>United States Attorney |
|  | /s/ Claire T. Cormier |
|  | CLAIRE T. CORMIER[1]<br>Assistant United States Attorney |

DATED: October 8, 2010

/s/ Mohamed Abouelhassan

MOHAMED ABOUELHASSAN
(aka Mark Oxford)
Plaintiff, in propria persona

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference, previously scheduled for October 21, 2010, is continued to ~~November 18~~ December 9, 2010 at 10:00 a.m. The parties shall submit a joint case management statement no later than ~~November 10, 2010~~ December 2, 1010. The parties may submit a single case management statement for both related cases.

IT IS SO ORDERED.

DATED: __10/12_____, 2010    _____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.