MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>   Plaintiff,<br><br>v.<br><br>Elena Levintova Allison, Department of Defense, Defense Language Institute,<br><br>   Defendants. | Case No. C 07-4038 RS |
| Mohamed Abouelhassan,<br><br>   Plaintiff,<br><br>v.<br><br>United States, et al.,<br><br>   Defendants. | Related Case:<br>Case No. C 08-03774 RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

//
//
//
//
//

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NOS. C07-4038 RS AND C08-3774 RS     1

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and the Agreement of Compromise and Settlement entered into by plaintiff and defendants, the parties to these actions hereby stipulate and agree that the above-referenced actions are dismissed with prejudice in their entirety, with each party bearing its own fees, costs, and expenses.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: November 19, 2010

MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: November ___, 2010

_____
MOHAMED ABOUELHASSAN
(aka Mark Oxford)
Plaintiff, in propria persona

#### [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: 11/22/10

_____
HON. RICHARD SEEBORG
United States District Judge

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NOS. C07-4038 RS AND C08-3774 RS          2

1  Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and the Agreement of
2  Compromise and Settlement entered into by plaintiff and defendants, the parties to these actions
3  hereby stipulate and agree that the above-referenced actions are dismissed with prejudice in their
4  entirety, with each party bearing its own fees, costs, and expenses.
5  **IT IS SO STIPULATED.**
6  Respectfully submitted,
7  DATED: November ___, 2010    MELINDA HAAG
                                United States Attorney
8
9
10  _____
    CLAIRE T. CORMIER
    Assistant United States Attorney
11
    DATED: November 16, 2010
12
13  _____
14  MOHAMED ABOUELHASSAN
    (aka Mark Oxford)
    Plaintiff, in propria persona
15
16
17  **[PROPOSED] ORDER**
18
19  Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.
20
21
22  Dated: _____
                                HON. RICHARD SEEBORG
23                              United States District Judge
24
25
26
27
28

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NOS. C07-4038 RS AND C08-3774 RS    2